☑ FILED ___ LODGED
___ RECEIVED ___ COPY

OCT 12 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Adam Josiah Curtis
5922 West Cheery Lynn Road
Phoenix, AZ 85033
(623) 247-1705

# IN UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Adam Josiah Curtis DBA SecureTek Computer & Aj's Computer,<br><br>    Plaintiff,<br><br>v.<br><br>Microsoft, Inc.;<br>Patrick Clark;<br>Quentin Clark;<br>Blizzard Entertainment, Inc.;<br>Epic Games, Inc.,<br><br>    Defendant(s). | CASE NUMBER: CV-18-3291-PHX-DJH<br><br><br><br>**COMPLAINT** |

## Jurisdiction

  This court has jurisdiction over this matter pursuant to 18 U.S.C. §§ 1832. This Trade Secret lawsuit is based upon that jurisdiction as well as 15 U.S.C. §§ 1.

  The plaintiff Adam Josiah Curtis DBA SecureTek Computers & Aj's Computer is a resident of Phoenix, Maricopa County, AZ and a citizen of the United States. The defendant, Microsoft, Inc., is a resident of Phoenix, AZ and a citizen of the United States. The defendant, Patrick Clark, is a resident of Phoenix, AZ and a citizen of the United States. The defendant, Quintin Clark, is a resident of San Francisco, CA and a citizen of the United States. The defendant, Blizzard Entertainment, Inc., is a resident of Phoenix, AZ and a citizen of the United States. The defendant, Epic Games, Inc., is a resident of Cary, NC and a citizen of the United States. The cause of action arose in the Phoenix division.

## Trade Secret Complaint

  The conduct complained of in this lawsuit involved the following:
Unsolicited Monitoring of Trade Secrets; Destruction & theft of property in conjunction with illegally obtaining information by breach of security, firewalls, software protection; intrusion across telecommunication lines; Terms and conditions of Microsoft End User License Agreement (EULA) in violation of Anti-Trust Laws, when adapted for stealing information; Harassment and cyber stalking of

business and personnel; defamation of character and possible criminal conspiracy to cover up the events (physical crimes & cyber terrorism).

The conduct(s) above is referred to below in the body of complaint. I believe surveillance of all aspects of my life:

Race; Religion; National Origin; Color; Gender; Disability; Age; Other¿Education was done to derive works from my personal life: digitally stealing my soul and depriving me of life, liberty and the pursuit of happiness. After my creativity was seen Microsoft would glean ideas from me by their intrusions. This was a breach of my privacy. I am only listing the large profiteering and intellectual thefts that have occurred not the small day to day violations of my privacy. I am almost certain my father's ideas were also taken and then his computer was riddled with unexplainable computer glitches anomalies and deprivation of use shortly after Windows updates were applied (this is back in approximately the year 2002).

## Body of Complaint & Explanation of Facts/Events

Here is a description of all the events that have transpired; undoubtedly legal extortionists are constitutional contortionists:

*Recent events.* Fortnite has followed my ideas perfectly so because of that it means the game is going to make portals: One of the other nuances stolen is the fact that there are portals in Fortnite right now, and one of the things I was preparing to develop was portals to other realms, there were 3 realms that the portals would connect: a spiritual realm (of angels, demons battling), a magic realm (of medieval weapons of mysticism, mages, warlocks and powerful wizardry), and finally the realm of men with modern weapons and firepower. Ultimately the game was to have these "Worlds Collide" which is what Fortnite is now doing and just have taken the entire concept of what I wrote and used it to get rich. The fact that they stole my ideas is not enough, but they robbed my home. This includes my network security system footage and privacy of me and my wife, where we would sometime get dressed in the living room. They all have in essence stolen my very soul. Another idea of mine was to create an elaborate portal in my games I made to connect other game worlds to that game world. It was to be a vast expansive universe of gaming. All those hours of creatively mapping my ideas had been stolen away simply because I didn't run to the publisher office first.

*Four years ago.* I started speaking with Patrick Clark he wanted to work on a collaboration with me to create a game. I told him all future calls are under my business for that purpose which operates in computers and they would be recorded he agreed that it was alright to do so; nonetheless, he gave consent to record that and all future calls. I am surmising that he spoke with an attorney or some other sort of legal adviser before going forward with stealing my ideas because of what his brother Kevin Clark stated to me

and said on 8-17-18, "Even if he[Patrick] did steal your game there is no law protecting… [your idea that was not published]." I told him that Patrick claimed to have $70,000 in his savings account when we spoke of making a game in order to get me to speak with him about the ideas I had and that he would use the money for that purpose. Kevin then stated he did not know his brother had that kind of money 2 years ago; to clarify the first discussions started as much as 4 years ago but more events started 2 years ago. I then further added that he is not protected under trade secret laws. Mainly because I was running a business at that time and the computers were stolen from me that operated my website Ajscomputer.com, which is still down since the physical theft (my door was found broken by someone I had house sitting and they had to go to work, once they returned from work they called me). I have web registration on that domain name "AJSCOMPUTER.COM" through Godaddy until 2023. I wanted to further notate that Patrick, Tony, Meghan Clark are members of a group they created called America's Kingdom (a Facebook and possibly more than that group). Also during that time of game development I joined their group to show support for it, at that time. When you join a group it makes your Facebook account vulnerable in many ways and makes it easier to follow and document your location through APIs that Facebook allows to access your page, for the purpose to ensure you follow the group's rules mainly, but it can be abused. I was aware at the time that Patrick was in California visiting his Papaw because I attempted to visit him while I was in Arizona, also he knew I was in Arizona prior because of a post my wife made about us eating sushi in Scotsdale. I believe while I was burglarized the target of my computers was stolen based on the fact that my ideas were taken in the past and the coincidences that seem to align. The reason Patrick Clark wanted to make a game with me is that he knows I made StarCraft because he played it on a LAN connection in the past at my family's ancestral home 5922 West Cheery Lynn Road. I also suspect him and possibly others of his family assisted in some manner in conveying my idea back over 20 years ago. At that ~4 years ago time, Patrick Clark informed me that we could make a game and he would relay my ideas to "one of his relatives" that works at Microsoft. I looked at the Entity search for Microsoft in 2014 and found that Quinteint Clark is listed therein. Then all the sudden was gone and worked for drop box. I believe he may have been involved in the past in the plot to propose StarCraft to Microsoft as a way of selling more operating systems. Although an Arizona citizen I was attending school in California at that 4 years ago time; however, I consider the jurisdiction of this event based on that partial residency because military orders brought me to California and I stayed to take advantage in the fact that California also considered me a resident due to my being stationed there and that I could attend college affordably and fulfill residency requirements for matriculation. I told Patrick that I did not want to publish a game until I finished my computer programming classes and my bachelor's degree which wouldn't have been done until this year if I had been able to remain in school. Coincidentally after the theft of my computer Patrick showed no further interest in making a game with me. Also, for the fact that Patrick Clark was during the

time of calling, during the time of the theft, and now at present a citizen resident in the State of Arizona in the county of Maricopa. My apartment was broken into at a time I was in Arizona with family. My apartment for going to school 515 Kentucky Street Apt. B, Bakersfield, CA 93305 was the one that was broken into. They stole all the security cameras inside the home, the NAS drives containing the game design for Fortnite, and many other games that seem to be similar to a game now released called Rust, and State of Decay 2. And I have seen other "off-shoot"/similar games released in Korea that mimic my game design notes and concepts.

***Going back 20 years.*** The hard drive StarCraft was made on is a 2.16 GB Samsung IDE model WU32163A that my father kept secreted away because he bought the drive with his computer business account. As the CEO of SecureTek, which my mother stated I am now in charge of my father's business and added my with her to the account sometime after my father died. I feel it is in the best interests of my company to pursue this long-ignored trade secret violation; my father and I were merciful to Microsoft for it in the past. Being that Microsoft comes from humble beginnings like us, my Dad's computer business also started in his garage. Now as a business leader in America I must pursue this matter to its end, whatever end. On 9-28-18@3:00AM I drafted in in hand written notes my thoughts on all that occurred long ago in an edited version of that precise text: My father stored his business from the home when he died my mother gave that unto me SecureTek part of that was the development me and my father had been working on. I have been about my father's business since he died going over all the unfinished business and settling on one singular poignant fact: Microsoft continues to profit off the Idea's of SecureTek the business my father started in the amount of over 3 billion dollars, lost through collaboration with Blizzard entertainment; I am not certain how the profit sharing worked, but I have a good idea why they collaborated. Sell software mutual benefactors, Win95, StarCraft. (*Serial # Samsung drive) I just think it is a shame that all the Koreans were lied to about the true creator of StarCraft. That it was a 14 year old boy that started it all. And no one would believe me but the two people who played it (possibly 4) Patrick Clark, Aaron Prado, Tony Clark, my sister Susan. Or more don't have a list… The argument I make is that without me it would not exist, the title that is. The tile sets I made out of Warcraft were very primitive (art wise). I wasn't the best artist at the time. But I replaced the title screen of Warcraft with StarCraft. That's when it was framed. I framed it, not Blizzard. I remember distinctly after I played StarCraft (my version) for the first time over IPX/SPX LAN on 2 computers it was boring because I only replaced the archer/troll axe thrower unit as a space fighter, the peon and peasant as miner ships, the Goldmine became a sun with a space station dock, and the miners hauled molten plasma from the sun, not minerals like Blizzard's version of StarCraft. The reason that title I made was important is me and my father were going to make a game and my father supported me, it is my dream of what I wanted to do with my life. Every time I had gotten close someone has stolen my game away from me including Fortnite. There is actually more titles of

games out there now that all have exact pieces of what I developed as a Trade Secret my business name (I have an EIN) Aj's Computer I called the IRS on 10-12-18@~2PM and spoke with Mr. Becker badge number 100354275 he could not give me a printout of my EIN for this filing and denied me service until I schedule an appointment in person with the IRS office. I felt this filing to be important and needed to be done right away. Since the next season of Fortnite will undoubtedly be using more of my ideas. I just want to focus on Fortnite because they blatantly copied everything. I (*find police report) was robed and the data drives were taken; you see Patrick Clark knew I had good Ideas for games, he also knew (where no one else did) that I invented (in my imagination) & (in reality) he was able to play, StarCraft a game that sold so much. Wardraft crashed a few times while I was StarCraft and they way it leaked was through Microsoft, because when an application crashes it automatically sends an error report to Microsoft. But secretly (now that I have studied formally at University a programming Bachelor's) I believe Blizzard Entertainment was already monitoring anyone who uses Wardraft for potential. I know there was a collaboration between the two at some point because Wardraft worked flawlessly until I updated it. Then it had memory leaks. At this point when it started crashing everyone had already played my game at this point that bring Patrick Clark into the mix. I did not know he had family working at Microsoft until he told me after my military service while I was living in Bakersfield still working on my associate degree.

**The above is now the end of my hand written paper document which I shown in the rather than attach, because of my hand writing and the way it looks.**

The reason I write this is there are a turn of events occurring that I believe require action on my part, the one that framed/created a thing knows of the patterns /effects the thing that was created has. I have thought deep about events in my life that led up to here and why I must write this, I wish for the game companies that stole my ideas to allow settlement by asking for a favor rather than monetary compensation. I do not believe my favor will be carried out and that I why I listed the value of the lawsuit, and technically every statutory charge of Anti-Trust is worth $100,000,000. Back in 2001 Microsoft was brought before the Supreme Court on Anti-Trust Violations, they are titled "the pirates of silicon valley for a reason" because they steal information and technology and ideas.

The discriminatory conduct occurred originated at: 5922 West Cheery Lynn Road, Phoenix, AZ 85033 on Many Dates, Many Times. that I am Providing Oral Argument and attaching 8 pages to in support of my allegations.

### Demand

A court injunction against any further violations in regards and in conjunction with "Electronic Privacy" and stored information this is considered for the purposes of software, hardware, and any other

form of invention being taken prior to being published by public companies and multinational corporations. **I am also seeking the following amount in monetary compensation: $300,000,000.** I would also like an order for advertising a message using all the game players and users of their products, sort of a public service announcement which I will run by the court should I win. The Plaintiff wants a trial by jury. I am also making news/media inquiries at this time.

Date: 10-12-18

Adam Josiah Curtis
5922 West Cheery Lynn Road
Phoenix, AZ 85033
(623) 247-1705

# Longtime enterprise ex<!-- -->
# Clark joins Dropbox as $
# Engineering, Product ar

**Matthew Lynley**
@mattlynley / 1 year ago

Startups
Apps
Gadgets
Events
Videos
—
Crunchbase
More

Search

Tesla
Facebook
Security
Fundings & Exits

Login / Sign up



AdChoices

As **Dropbox** slowly gears up toward its initial public offering, it's bringing on a longtime enterprise executive — Quentin Clark, a former VP of Microsoft as well as

# Clark, Patrick

| | |
|---|---|
| Phone | 623-776-6957 • Mobile |
| Address | 8605 W Riley Rd<br>Tolleson, Az 85353 • Home |
| Birthday | December 17, 1985 |

# Clark, Patrick

| | |
|---|---|
| Phone | (623) 776-6957 · Mobile |
| Address | 3046 South 65th Drive<br>Phoenix, AZ 85043 · Home |
| Birthday | December 17, 1985 |
| Events | May 21, 2005 · Anniversary |



2/2018   ← patrick clark     patrick clark - Google+     ABOUT ⋮

# patrick clark

6 followers

**FOLLOW**

## Posts

**patrick clark ▸ Public**    Nov 23, 2015

Collect and raise monsters to save the world! Click the link below to download the game & enter my referrer ID: [def500] and we'll both get special rewards!
http://prod.monstersquadapp.com/Logic/download/index?id=160448444

+1   ⌄

Add a comment...

**patrick clark ▸ Public**    Nov 1, 2015

I just got 12 in Grappling Garry! Check it out at grapplinggarry.com

+1   ⌄

Add a comment...

Looks like you've reached the end




Adam Curtis <adam177erz@gmail.com>

## Game Design Project
1 message

**Adam Curtis** <adam177erz@gmail.com>
To: saintpatrick187@yahoo.com

Mon, Jun 27, 2016 at 11:01 AM

This is the link for buying unity pro for cheap, this is a perpetual license... if you need an edu email you may make your own just ask me how to register you for college I did it for my friend online it was easy. They may not give you the $750 price unless you have a student email.

http://www.studica.com/us/en/unity/unity-5-professional-edition-for-students-and-faculty/uedus-stusub-usa-enu.html

Here's the way this works quick run-down:
People will be reimbursed for their business expenses if-and-only-if the game we create is published and comes to fruition; meaning that it makes enough money to pay minimum wage first to all designers and then pays business related expenses incurred from the game project, after that then bonuses are paid based on 3 levels: Senior Developer, developer, contributor; the amount of content for the game will be measured and calculated and I already have a system setup with a time-clock server to track hours on the computer systems. This will all be in the developer agreement I make which will be about next week. The way it works is designed to be fair if the game flops so everyone gets paid something. There will be a clause in the contract that this is a business venture and as such there is no guarantee any money will be made but if that occurs as contractors everyone will retain their resume experience and content (if the game is unpublished) they have created if they were unable to be paid out of the project. It's not a perfect system but it will help us get started on making a game; I will iron all the details out in the contract; I envision you being on the Senior Developer level right now that would place you at 60% of the bonus money issued earned from the game, the contract will outline how the organizational money will work; just keep track of everything you buy and run it by me before you buy it so I know to add it to the sheet; I will be keeping an excel spreadsheet of purchases; so email me your receipts as well.

If you don't want to be a part of making a game no hard feelings I understand it is not easy and it will be time consuming and may not pay well if our game is not liked by the public; however, if we work hard and design something it can be ours for all time.

I do not have the money to buy unity pro bundle because my financial aid money will be late so if you do buy it based on what I discussed I will make certain you get reimbursed first before money is paid out because I have not finished the contract yet technically; i will add that stipulation in the contract about certain pre-contract purchases. You have till tomorrow to decide about buying unity pro that will not change your acceptance nor place in being a part of the project it would just be nice to get unity for pro 5 license for cheap, and at least one of us should have it.

Alright write or call me.

--


**Adam Curtis**
about.me/adam.curtis



October 12, 2018

Adam J Curtis, DBA SECURETEK COMPU~~TH~~ *COMPUTER*
5922 W Cheery Lynn Rd
Phoenix, AZ 85033-5803

Dear Adam J Curtis, DBA SECURETEK COMPU~~TH~~ *Computer*

Below is the information to establish automated transactions to/from your Desert Financial Credit Union account along with your information for ordering checks.

**Direct Deposit & ACH Transactions:**

| | |
|---|---|
| Routing and Transit | 122187238 |
| Account Type | Checking |
| Account Number | 00004994110400 |

**Incoming Wires:**

| | |
|---|---|
| Routing and Transit | 122187238 |
| Account Type | Checking |
| Account Number | 0000499411-0400 |

**Check Orders:** *(checking accounts only)*

| | |
|---|---|
| Routing and Transit | 122187238 |
| Account Number | 1049941180 |

Check orders can be placed online by accessing your account through Online Banking at http://www.desertfinancial.com. Check orders can also be placed by calling Harland Clarke directly at 1-800-355-8123 (or 1-800-503-2345 for business accounts).

If you have any questions, please call our Member Assistance Center at (602) 433-7000.

Sincerely,


Desert Financial Credit Union

---

Post Office Box 2945  •  Phoenix, Arizona 85062-2945  •  desertfinancial.com  •  (602) 433-7000

AUTOPAY 12/15