NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Adam Josiah Curtis, | No. CV-18-03291-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Microsoft, et al., | |
| Defendants. | |

Pending before the Court is Plaintiff's Second Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 7). The application, signed under penalty of perjury, reflects that Plaintiff has zero expenses for rent, utilities, food, clothing, and medical expenses.

The Court finds it is unable to make a determination from the information provided and therefore will deny the current application with leave to refile. If the Plaintiff elects to refile, and indeed has zero expenses as described above, he must explain in detail why it is that he has no such expenses.

Accordingly,

**IT IS ORDERED** denying the Application (Doc. 7), without prejudice. Plaintiff may refile a completed Application to Proceed in District Court Without Prepaying Fees or Costs or in the alternative pay the case opening fee on or before November 21, 2018.

**IT IS FURTHER ORDERED** that if Plaintiff does not refile a completed Application to Proceed in District Court Without Prepaying Fees or Costs or pay the case

opening fee on or before November 21, 2018, the Clerk of Court shall terminate this action without prejudice and without further order of the Court.

Dated this 7th day of November, 2018.

Honorable Diane J. Humetewa
United States District Judge