Page **1** of **9**

✓ FILED ___ LODGED
___ RECEIVED ___ COPY

NOV 2 6 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Adam Josiah Curtis, Pro Se
5922 West Cheery Lynn Road
Phoenix, Arizona 85033-5803
Telephone:    (623) 247-1705
E-Mail:        adam177erz@gmail.com

# IN UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Adam Josiah Curtis,
                    Plaintiff,

v.

Microsoft, Inc.;
Patrick Clark;
Quentin Clark;
Blizzard Entertainment, Inc.;
Epic Games, Inc.,
                    Defendant(s).

CASE NUMBER: CV-18-03291-PHX-DJH

**Testificate of Foul Play**

## Jurisdiction

I am writing this as a way of answering a matter requested by the court pursuant to: Federal Rules of Civil Procedure › TITLE III. PLEADINGS AND MOTIONS › Rule 7. Pleadings Allowed; Form of Motions and Other Papers. Continuance Definition per Cornell: The suspension or postponement of a trial or court proceeding. Movant Definition per Cornell: When a party makes a motion in a case, that party is called the movant. The court itself according to the definition is not a party to a case logically the court itself cannot ever be the movant.

## Facts and Attachments

Of all my lawsuits I wish to give 10% to the Church of Jesus Christ of Latter-Day Saints after the government gets its money (tithing the increase I receive). Also I wished that Blizzard Entertainment and Microsoft be ordered to release a statement to the Korean People (because they have embraced the creation of my thought); furthermore I believe the Korean people to be a delightsome people loved and favored of the Lord. My statement to all who have played, actively play and into futurity shall play Blizzard games.

I believe that my statement should read:

Because Jesus of Nazareth hath not walked among you is no reason that he has not guided you. Your own contemporary Religions of your own culture and society have built in functions to "honor your ancestors":

I wish to implore you all to do so by allowing (this does not require a turning away from your traditions) baptisms for the dead of your loved ones long since dead on the other side of the veil [spirit prison] waiting for their work to be done. We cannot be saved unless we are baptized, don't be selfish if they would speak to you their spirits would cry for this thing to be performed.

All that must be done is to fill out a form in the vernacular of legality for your country consenting that, "The Church of Jesus Christ of Latter-Day Saints has permission to baptize and seal the marriages of my ancestors." Then the attachment you provide must include the names and dates for all the ancestors as far back as you can remember. The dates should be date of birth, death, and marriage. Including all possible married names and maiden names helps. I promise that as the Lord liveth if you do these things to your loved ones your country will be blessed with blessings so vast you will not have room enough to receive as the Lord Liveth!

I obeyed every jot and tittle of the Law of Moses concerning my wife by living away from our parents and me paying her rent and expenses through my military pay. I also obeyed by cleaving unto her and none else. During the time of trial against the world: Powers in the world, Jennifer's counselors (mental health) deceived my wife, I believe it was partly due to the fact that I turned down an application to west point (during my 8 month training in the Army) to be with my wife.

My wife was born in South Korea and came to the United States (through adoption) when she was 2 years old. Jennifer Elizabeth Mee Yung Kirton-Curtis is no longer my wife, but through the grace of God, for all things are "One Eternal Round"; moreover, she shall always be my wife. I was married to her and we were "one flesh"; therefore, spiritually the Korean People shall always be my people.

I would have gone to Korea; nonetheless, when I was sworn in (not married) my orders were cut for single soldiers to go to Korea; possibly Red Cloud. But after I became married, again I was sworn in (at Phoenix MEPS). This interaction may not seem important (as to the understanding of the world); however, the way I see it spiritually the government was fearful that somehow a soldier (or person to become a soldier) would be a risk having married a woman originally from that country.

The government is fearful because they honor Satan and "limits of limitation" (statues) a legal analysis should be placed on fear at the level in which it resides. It was an unfounded fear, a conclusion both thoughtless (the opposite of thought provoking) and without substance. Everything done should be substantiated in some way, not just carried out.

I believe that the Lord intended me and my new bride to go to Korea so she could reconnect with her birth family, but the Kingdom of America (Satanic) [not to be confused with the United States] would not have it. Some government computer somewhere pre-decided to change my orders. I married "Jenna" (her nick name) according to the laws of Arizona by a justice of the peace in Tolleson, and she is a member of The Church of Jesus Christ of Latter-Day Saints. Since she believes in the savior all your efforts should be focused on helping her family (apart) left back in Korea (dead and alive) being partakers of this great blessing.

I prophesy that the Lord will not hide his face from me and this is his will even with all his power he cannot force us to pursue this path just urge us to travel it by making it known. It is not my job to convince you of the truth in this matter it becomes the responsibility of every man and woman to pray and read the

scriptures to find out these deeply held beliefs. Just as it is a lawyer's job to study from the best books (of law), which these courts will not allow me to do!

And because I am not permitted to study in your law library I am excused from writing seemingly undesirable court drafts: I have given the form regarding permission to enter the law library to 2 Judges, Magistrate Bade & your Chief Judge (the court clerk would not accept it from me unless the judge signed it for filing) and if your chiefest among you won't even allow me to discover the truth contained in legal books by forcing a restricted policy on knowledge then why should your underling judges?

Your tenants are unsustainable:

first you require on every case that I follow your discovery project protocol, then you give me unholy decrees that I must conform and comply with; therefore, I have determined against your defeatist attitude to be like Martin Luther King Jr. and petition peaceably the court for redressement of grievances.

What other form do you think the founding fathers meant us to use for this save it be the courts?

If the courts be a dead and thoughtless body then they must needs be done away with. I have not even set foot in the court, for the spirit of my words to be carried to your ears, that my "Oral Argument"/petition that I bear be thusly adequately addressed. This pattern holds true to the words my brother Jared carved into our pool 12 years ago:

I wish, in my heart of hearts, that only once and there until eternity; that just that one time, my soul would command the natural authority of this realm, that no more do, I, lose the sometimes simple, and always overwhelming, GOD granted: "privilege of choice" AMEN

You intend (the intent of your hearts) to defeat me before I ever reach the judgement seat. Sandra Day O' Connor Federal courthouse is a stone building and it's heart is made up like it, a whited seplecure for dreamers, not like the namesake for which it was named. I wish to bring your court alive again so at least I can feel it is not a dead thing that cannot listen to what my voice has to say instead of just reading my words like a computer; where is the humanity of this court? I see no human beings here, you are all concerned about something, the system setup and established, me, upsetting that system of money:

Alma 60:16-18,27-28

16 Yea, had it not been for the war which broke out among ourselves; yea, were it not for these king-men, who caused so much bloodshed among ourselves; yea, at the time we were contending among ourselves, if we had united our strength as we hitherto have done; yea, had it not been for the desire of power and authority which those king-men had over us; had they been true to the cause of our freedom, and united with us, and gone forth against our enemies, instead of taking up their swords against us, which was the cause of so much bloodshed among ourselves; yea, if we had gone forth against them in the strength of the Lord, we should have dispersed our enemies, for it would have been done, according to the fulfilling of his word.

17 But behold, now the Lamanites are coming upon us, taking possession of our lands, and they are murdering our people with the sword, yea, our women and our children, and also carrying them away captive, causing them that they should suffer all manner of afflictions, and this because of the great wickedness of those who are seeking for power and authority, yea, even those king-men.

18 But why should I say much concerning this matter? For we know not but what ye yourselves are seeking for authority. We know not but what ye are also traitors to your country.

27 And I will come unto you, and if there be any among you that has a desire for freedom, yea, if there be even a spark of freedom remaining, behold I will stir up insurrections among you, even until those who have desires to usurp power and authority shall become extinct.

28 Yea, behold I do not fear your power nor your authority, but it is my God whom I fear; and it is according to his commandments that I do take my sword to defend the cause of my country, and it is because of your iniquity that we have suffered so much loss.

If you all would have treated me righteous I would not have wasted the effort. But because my religion's originator stated that we must go to the magistrate first to resolve our petition of grievances, before God can judge, I have done so & if you do not allow me entrance into the courtroom the blessing is upon your heads.

May God bless you all so much I have prayed for you, as Abraham (blessing those that curse me), and your court to be blessed. I cannot say more than has been said, I gave you my financial information to the best of my knowledge at the time that I had such information and realize that the tactic and stratagem your court magistrates/judges have taken is not dissimilar to the tactic you all take, or more poignantly the world has taken concerning people of my faith (*see Attachment [The Latter-Day Saint Faith: "Mormons Represent Freedom of Religion] 23 pages*):

Doctrine and Covenants 134:3-4

3 We believe that all governments necessarily require civil officers and magistrates to enforce the laws of the same; and that such as will administer the law in equity and justice should be sought for and upheld by the voice of the people if a republic, or the will of the sovereign.

4 We believe that religion is instituted of God; and that men are amenable to him, and to him only, for the exercise of it, unless their religious opinions prompt them to infringe upon the rights and liberties of others; but we do not believe that human law has a right to interfere in prescribing rules of worship to bind the consciences of men, nor dictate forms for public or private devotion; that the civil magistrate should restrain crime, but never control conscience; should punish guilt, but never suppress the freedom of the soul.

It is like you all read the same playbook. It is as if the court suggests that I should have done something differently to not allow these natural and artificial persons to come against me and steal and lie; instead of allowing my cases to proceed to punish the surely guilty for that is the job of the court.

But I see it for what it is. Mitt Romney when running as presidential candidate was allotted to contend with the argument over his financials, yet he was also a member of the Church of Jesus Christ of Latter-Day Saints. I have supported the fact that I am poor prima facie and yet the judges states because I cannot prove how I spend money on clothes or launder them that I cannot be poor. I just this month finally bought my own tide laundry soap (the large container for ~$17 from Walmart; I kept the receipt in case you wonder) because the soap my mother had supplied ran out, and I bought this soap with government money (Army Disability). And the court addressed how much I spend on clothes. I don't. Firstly I do not have the money. Secondly, I have more than enough clothes now that my father and brother have died leaving me many clothes. I hope this is the answer the court was looking for (in grinding the face of the poor). The fact that I cannot go out and earn my own money, or even obtain money that I had rightfully earned from those that stole my future from me (by going to court) without the government's permission: you wish to entirely supplant God as provider.

Another example of the world's strategy concerning whom you call "Mormons" a derogatory term used to demean and thwart those who read a book which the second title of which is "Another Testament of Jesus Christ". You don't demean us, you demean Jehovah, because it is common practice in Christian religion that the author (Prophet) of the book have the book named after him. That is why it is titled "The Book of Mormon: Another Testament of Jesus Christ".

Maybe based on history (historically how "Mormons" have been treated) Microsoft & Blizzard Entertainment thought a 14 year old boy who created Starcraft would be an easy target because mobs have stolen from Mormons before; furthermore, the police could mistreat a "Mormon" easily because historically our people have been an easy target for sophistry and any other public position or office, nothing standing in their way from secret agenda: politically speaking. My example of this is former Governor of Arizona Evan Meacham (who my father grew up with [Medlock & 59th Ave] and went to high school with). It seems money is the vessel and tact that those that wish to crush "our people" (members of The Church of Jesus Christ of Latter-Day Saints) use in order to drive their attack. Evan was accused of allowing his campaign manager & brother in using campaign funds for his personally owned car dealership. Now I am being accused of something by your court in order to not allow the proceeding of my cases, it involves money as well. I am not going to parade my finances on here prima facie I am poor and I filled out your form accurate and owe no explanation other than that, because God knows, and he knows the intent of your hearts.

Anytime money is involved there is cause against the wealth of a person, for an artificial or natural person cannot follow truthfully all the rules of your money system without some error eventually (not sigma 6). Even the best intended money system is flawed by the people under the leader because it is lucre and dominates evil. Attaining a position that puts a person in charge (power) over money can be just as tempting. I remember my father asking me when I was 14 if I wanted to pursue legal action against Blizzard Entertainment and Microsoft for stealing the creation from me. My level gauging whether someone is the creator of something is that if I had not existed would the thing still be? I liken this scripture unto the discussion:

2 Nephi 27:27 And wo unto them that seek deep to hide their counsel from the Lord! And their works are in the dark; and they say: Who seeth us, and who knoweth us? And they also say: Surely, your turning of things upside down shall be esteemed as the potter's clay. But behold, I will show unto them,

saith the Lord of Hosts, that I know all their works. For shall the work say of him that made it, he made me not? Or shall the thing framed say of him that framed it, he had no understanding?

I told my father "no" because in my mind's eye I knew if I contended with them it would mean the destruction of my entire family. To come up against those who have money and power as their concept to steal is being realized makes you prey. Now that the money and exchange has long since been realized makes it less likely the zealots of lucre stand in your way. I know why I created Starcraft it is so that I could take an accounting of it and everything that preceded forth from it, (Doctrine and Covenants 64:33) as example: Wherefore, be not weary in well-doing, for ye are laying the foundation of a great work. And out of small things proceedeth that which is great.

I have never had wealth because I am poor in spirit and have sought first the kingdom of God. All these hard things the court asks me to do are because I am poor and all those I am drafting and coming against have renown and money. Therefore I wish to open the scriptures to you, Judges, on the matter:

Isaiah 3:15 What mean ye that ye beat my people to pieces, and grind the faces of the poor? saith the Lord God of hosts. 2 Nephi 26:20 And the Gentiles are lifted up in the pride of their eyes, and have stumbled, because of the greatness of their stumbling block, that they have built up many churches; nevertheless, they put down the power and miracles of God, and preach up unto themselves their own wisdom and their own learning, that they may get gain and grind upon the face of the poor.

I believe I was lead to create Starcraft because the creator of a thing knows where to look. Not at Starcraft directly but at those who would deceive the entire world, like in 2001 when Microsoft was implicated in their Monopoly schemes. I knew Microsoft was guilty then, but I still prayed for them not to be dissolved and the Lord answered my prayer. There was still as of yet an evil to detect and Microsoft would play a part in showing the true greater evil. People think of time in such a linear fashion; if we were all to consider that everything needs be a compound in one, and that everything is one great big eternal now. Then everything to consider would matter and a person would have to literally know all things in order to correctly judge and disseminate a verdict on a matter.

Doctrine and Covenants 38:39 And if ye seek the riches which it is the will of the Father to give unto you, ye shall be the richest of all people, for ye shall have the riches of eternity; and it must needs be that the riches of the earth are mine to give; but beware of pride, lest ye become as the Nephites of old.

I have only sought the riches that my father in heaven has sought to give unto me and not the riches of the world, now is the time for me to seek the riches of the world that are mine to have for this purpose:

Jacob 2:19 And after ye have obtained a hope in Christ ye shall obtain riches, if ye seek them; and ye will seek them for the intent to do good—to clothe the naked, and to feed the hungry, and to liberate the captive, and administer relief to the sick and the afflicted.

That is why I am going to show unto you that miracles are real to help you understand that he who creates a thing controls a thing, and nothing that is created by someone can say "ye framed me not". I created Starcraft and kept my eye upon in the whole time knowing that it built up Microsoft and Apple during the time of its release and popularity it soared the purchase of subsequent operating system platforms that the game was released on and sold copies of Windows to other nations and countries where you had to buy

Windows 95 update and Windows 98 First Edition and all other subsequent updates did that gaming drive sales of Windows; this is something I noticed.

Once sales were done Windows had proliferated the market and since they stole my ideas and "spied" on me, they could just as easily do so at any time on anyone, anywhere; they became ubiquitous. In 2001 when Microsoft had been caught, because the meek (nerds of the world) shall inherit the earth; unfortunately the government of the United States of America had been monitoring Microsoft and knew that their error reporting system must have a back door. This became apparent during the time Microsoft kept becoming bolder and violated their agreement with Java and started including it with their operating systems. (*see United States v. Microsoft Corporation, 253 F.3d 34, is a U.S. antitrust law case, settled by the Department of Justice, in which the technology company Microsoft was accused of holding a monopoly and engaging in anti-competitive practices contrary to sections 1 and 2 of the Sherman Antitrust Act.*)

This case unbeknownst to anyone but me secretly led to the empowerment of the National Security Agency to spy on every American and actually incited the terrorist attacks. I always wondered what deal Microsoft made in order to not get dissolved as a Corporation. It was simple they made a deal with the devil (perverted government, our government, the one the terrorists call Satan: America's kingdom [the imperialistic part of our country], what the scriptures elude to as "king-men"). We violated our constitution without the common consent of the people. Created a state of peril to give the government emergency power (a created state of exigency) by inciting fear among the populace of impending doom of further terrorist attacks. The attack of 9-11 occurred in 2002, after Microsoft made a secret deal with the justice department to allow unrestricted access to its hidden shadow copy network.

Shadow copy is an idea I came up with while I was making Starcraft. The idea came to me while I was making masks (a black and white image that denotes the beginning and end of pixels, for transparency effect). I wrote the idea in notepad, which also crashed (coincidentally) requiring Microsoft needing be sent an error report. I thought it was odd that notepad crashed. I wrote many of my ideas in notepad or word pad. You see Microsoft put error reporting in their EULAs (End User License Agreements) as a way of plunder to take pseudo "legally" what they want under the guise of improving their software. Stealing ideas for their own.

The way shadow copy worked was I calculated that it would put more load on a consumer's hard drive but, theoretically you can store an unlimited amount of information on the negative (unused) space of an average computer consumer's hard disk drive. You could even make redundant backups of information in nodes because most computer user's did not fill their drives sufficiently. So that hidden network could find a nearby system also using shadow copy and keep copied information within a local (nearby) network by tracking ip ranges on the same ISP therefore the router would not even leave the ISP barrier possibly.

I put a lot of thought into it over the years but my first initial idea was called shadow copy and I think it is funny how they stole the idea and kept the name of it. According to the user of the hard drive it all looks like partitioned empty space and the flaw is, there is no flaw; but that in itself is a flaw. Microsoft stores the location of shadow copy on its servers because it has to, otherwise the people would find the partitioning of where everything is located in empty space on their own system. Legally and physically it is all untraceable and appears above board. Eventually I am certain that the government wanted to know how

Page **8** of **9**

Microsoft found out about some secret project somewhere because the computer system was taking information out and the government was tipped off in some way.

The rest is history and the reason I can no longer forgive this behavior is what the savior said on how many times your forgive someone. Seventy times seven, or until they are perfect. Every attempt to bring up grievances has not resulted in a correction but instead a more and more perfected attempt to be evil:

Matthew 18

21 ¶ Then came Peter to him, and said, Lord, how oft shall my brother sin against me, and I forgive him? till seven times?

22 Jesus saith unto him, I say not unto thee, Until seven times: but, Until seventy times seven.

Our government is heading the opposite direction from that which is good. They have taken over Microsoft and assumed the ability to spy on everything. Technology is their God. The Bush administration showed some restraint on how to use the acquired powers: Microsoft even gave us a hint with their latest Command Line Interface (Windows Power Shell), if you move the space it effectually states: Windows PowerS hell. It is so blatant to me what is going on because I have tracked the numerous ideas I have put forth when they became the property of someone else somehow, who, and controlled the environment wherein each idea that I created was stolen and used for evil.

Once Obama became President of the United States he promised "change" and he did use that power that he had to effectualize a change. He wanted more power than the NSA then had and grew it out further. Trac Phone, a free phone from Obama to Track everyone. The goal was to create a counterfeit God, Christ (Obama; change translates to repentance), and Holy Ghost (Eric Snowden). Satan's plan is that not one of us shall be lost, and the glory of it be unto him (perverted government).

Eric Snowden who worked for the NSA had one undercover job to perform to get everyone to use the toolset he provided so that America (the kingdom of it) could rule the whole world. It was a ruse, we wanted the tools leaked because he who creates a thing controls a thing. There is a hidden access to these tools that allows the tracking and control over it.

Here is the break down: Starcraft, increased Microsoft, increased government. I had hoped that eventually you would all lose your lustfulness of power and prestige.

Please note that the date of this writing and my attempt having been made is 11-23-18 @ 1:30PM when I called 602-322-7200 (Sandra Courthouse) and was told the court would be closed until December 1st this being the date at which my deadline was set, proving that the court wishes to do away with me privily. I also drove by the court at ~3 PM 11-23-18 and it was in fact closed. That is why I am now forced (as my brother Jared stated having no choice) to mail this to the court's address 401 W. Washington St. Suite 130 SPC1, Phoenix, AZ 85003-2118.

The Lord's hand has directed the course of my life that I might be able to testify against you (the world). I learned all these things from observing what I had created and its effect in entirety down to the most discernible thing that encompasses it. I wish not to cast pearls before swine but now I feel you are

listening, to be a righteous judge. All I can do is what is within my power to do and it sufficeth me to say that now this thing is done, if you spurn at the Lord that is your own doing now.

Why do I use the scriptures (Bible & Another Testament of Jesus Christ) to whereby judge? It is the only book I know whereby to judge seeing that I am not authorized to enter the law library and make argument with your books. Your books which are based on a constitution that God brought forth and is the author of.

## Conclusion

I am Pro Se, have done the best I can do. Have certified that I am of good character, according to the Scottish meaning of a testificate, by submitting this document of testimony. Have demonstrated a testimony according to the Latin root of the word testificatus. The court should allow a 180 day continuance because I am the movant and a Pro Se litigant who has not been granted to adequate legal resources available to my socio-economic class. My time spent refining the complaint and studying the legal merit the court puts before me is immaterial in the interests of justice due to my understanding that the court is judging my cases to quell whatsoever I do and the movant is allowed to ask for any length of time of the court that is reasonable in complying with demands made. I certify that the foregoing is both true and correct to the best of my knowledge under penalty of perjury. **See page 9 for signature**.

Date: 11-23-18

Adam Josiah Curtis
5922 West Cheery Lynn Road
Phoenix, AZ 85033
(623) 247-1705

Curtis 1

Adam Curtis

Professor Stephens

Anthropology B2

09 December 2014

The Latter-Day Saint Faith:

"Mormons Represent Freedom of Religion," by Adam Curtis.

There is none other religion that is more American that the Mormon faith. This bold statement is made by a distinct observation that had the Church of Jesus Christ of Latter-Day Saints been founded anywhere else in the world at the time of 1829 it would have been prejudiced and persecuted into extinction. Withstanding this theory is the fact that even with the religious freedoms allotted in the North American continent governmental malfeasance and squalor allowed murder and slaughter of men in the early Mormon Church. In an article done by CBS a grisly statement about the laws in the state of Missouri shows, "For 137 years, it was technically legal to kill a Mormon in Missouri. The law was on the books until 1975, when Governor Bond rescinded what was known as the extermination order" ("The Mormon War in Missouri").

The Mormon faith technically known as The Church of Jesus Christ of Latter-Day Saints was founded by Joseph Smith. To make speaking on the topic easier I will use the acronym LDS which is shortened from Latter-Day Saints but will symbolize the technical name of the church. The LDS started out with 6 people in 1830 and is now at 15,082,028 members worldwide ("LDS Statistics and Church Facts | Total Church Membership"). The population of the Mormon faith has grown exponentially and because of the foundation of LDS teachings and the doctrine's focus on families it will continue to grow ("The Family: A Proclamation to the World"). Now

Curtis 2

that the information shown reveals that LDS members were in danger of being extinct but now number millions across the globe it is time to dissect some key concepts about the Mormon faith.

Le Grand Richards author of *A Marvelous Word and a Wonder* makes mention of a Catholic utterance regarding the Mormon Church:

> In a pamphlet entitled *The Strength of the Mormon Position,* the late Elder Orson F. Whitney, of the Council of the Twelve Apostles of The Church of Jesus Christ of Latter-day Saints, related the following incident under the heading "A Catholic Utterance":
>
> Many years ago a learned man, a member of the Roman Catholic Church, came to Utah and spoke from the stand of the Salt Lake Tabernacle. I became well-acquainted with him, and we conversed freely and frankly. A great scholar, with perhaps a dozen languages at his tongue's end, he seemed to know all about theology, law, literature, science and philosophy. One day he said to me: "You Mormons are all ignoramuses. You don't even know the strength of your own position. It is so strong that there is only one other tenable in the whole Christian world, and that is the position of the Catholic Church. The issue is between Catholicism and Mormonism. If we are right, you are wrong; if you are right, we are wrong; and that's all there is to it. The Protestants haven't a leg to stand on. For, if we are wrong, they are wrong with us, since they are a part of us and went out from us; while if we are right, they are apostates whom we cut off long ago. If we have an apostolic succession from St. Peter, as we claim, there is no need of Joseph Smith and Mormonism; but if we have not that succession, then such a man as Joseph Smith was necessary, and Mormonism's attitude is the only

Curtis 3

consistent one. It is either the perpetuation of the gospel from ancient times, or the restoration of the gospel in latter days." (Richards)

This single excerpt cannot fully describe the literary work of Le Grand Richards suffices to say that the book is to be used in a logical format to understand the LDS teachings and doctrines. Ultimately the book was written for missionaries but is used by church members and anyone who has questions about Mormon doctrine. Anyone who becomes a convert studies *The Book of Mormon* which was translated by Joseph Smith. Similarly if such a person decides to be baptized they develop a testimony of the mission of Joseph Smith because he died as a martyr for the freedom to worship as he sought in America.

Found within the preface in book *Jesus the Christ* by author James E. Talmage you can see that LDS Views are different than that of most Christian sects, "The treatment embodied in these pages, in addition to the narrative of the Lord's life in the flesh comprizes the antemortal existence and activities of the world's Redeemer, the revelations and personal manifestations of the glorified and exalted Son of God during the apostolic period of old and in modern times, the assured nearness of the Lord's second advent, and predicted events beyond – all so far as the Holy Scriptures make plain" (Talmage). The word used in this passage "antemortal" can be a confusing term; however, I will explain what this term means by using an example word. The word antemortem means preceding death. The word antemortal means preceding mortality which means before Christ was mortal; then in turn which means, before we knew of him to have existed as a person on this earth is what antemortal means.

This type of antemortal way of thinking is what makes another facet of LDS culture and religion unique because you have to believe in the doctrine of preexistence. That means that all of us existed before we were born as spirit children of a 'Heavenly Father', known through

scripture as Elohim. This LDS designation is not new but has roots from the Hebrew Bible where Elohim is used to designate God and Jehovah is used to designate the Lord. The Lord or Jehovah is considered the antemortal Jesus Christ by LDS teachings, so for instance, in the scriptures when it says the Lord spake unto Israel it means that literally the unborn manifestation of Christ's Spirit is speaking to the people of Israel. Also this idea of a preexistence is further perpetuated by Christ's antemortal role because LDS doctrine teaches that Christ created the earth. On the official LDS Church website we see, "Under the direction of Heavenly Father, Jesus Christ created the heavens and the earth (see Mosiah 3:8; Moses 2:1)" ("Creation"). It is further stated by another Church ran website Mormon.org about the worship of Christ that, "Jesus Christ is the literal Son of God. His birth, life, death, and resurrection fulfilled the many prophecies contained in the scriptures concerning the coming of a Savior. He was the Creator... Under the direction of our Heavenly Father, Jesus Christ created the earth (John 1:10; Hebrews 1:2)" ("What Do Mormons Believe about Jesus Christ? Do Mormons Believe That Jesus Christ Is the Son of God? | Mormon.org"). This idea leads discussion that perhaps Mormonism worships Christ as much, if not more, than other Christian faiths.

When talking about Jesus and his preexistence along with us in the premortal life LDS doctrine teaches that there was a great counsel held in heaven:

> In the premortal existence, Heavenly Father presided over a great Council in Heaven. There we learned of His plan for our salvation, which included a time of testing on the earth: "We will make an earth whereon these may dwell; and we will prove them herewith, to see if they will do all things whatsoever the Lord their God shall command them" (Abraham 3:24-25). One reason we are here on

Curtis 5

the earth is to show our willingness to obey Heavenly Father's commandments.

("Obedience")

In the commonly held scriptures of the LDS church in a book entitled *The Pearl of Great Price*
we learn inside the book of Abraham using the scripture referenced above:

24 And there stood one among them that was like unto God, and he said unto
those who were with him: We will go down, for there is space there, and we will
take of these materials, and we will make an earth whereon these may dwell;

25 And we will prove them herewith, to see if they will do all things whatsoever
the Lord their God shall command them;

26 And they who keep their first estate shall be added upon; and they who keep
not their first estate shall not have glory in the same kingdom with those who
keep their first estate; and they who keep their second estate shall have glory
added upon their heads for ever and ever.

27 And the Lord said: Whom shall I send? And one answered like unto the Son
of Man: Here am I, send me. And another answered and said: Here am I, send me.
And the Lord said: I will send the first.

28 And the second was angry, and kept not his first estate; and, at that day, many
followed after him. (The Book of Mormon: Another Testament of Jesus Christ ;
The Doctrine and Covenants of the Church of Jesus Christ of Latter-day Saints ;
The Pearl of Great Price)

The set of works commonly used by the church members as doctrine are referred to as the
"Standard Works" of the church, which includes: The Book of Mormon, The Doctrine and
Covenants, and The Pearl of Great Price. These books are held bound as one book in a person's

Curtis 6

hand along with the King James Bible and is known as a 'scripture set' this ability to have all the

scriptures is spoken of in prophecy within the Old Testament found at Ezek. 37:15-17:

> 15 The word of the LORD came again unto me, saying,
>
> 16 Moreover, thou son of man, take thee one stick, and write upon it, For Judah,
>
> and for the children of Israel his companions: then take another stick, and write
>
> upon it, For Joseph, the stick of Ephraim, and for all the house of Israel his
>
> companions:
>
> 17 And join them one to another into one stick; and they shall become one in
>
> thine hand. (Smith)

The book of Abraham is contained inside *The Pearl of Great Price* and constitutes papyri found

by Michael Chandler. Founding LDS Prophet Joseph Smith purchased the Egyptian scrolls and

mummies in 1835 from Chandler and shortly afterward translated the scrolls ("The Pearl of

Great Price Student Manual The Book of Abraham").

After talking about the many key concepts of the LDS Church it is time to discuss the

origin story behind it and what has led the church to become what it is today. Contained within

*The Pearl of Great Price* is an account written by Joseph Smith entitled Joseph Smith – History,

JS—H 1:11-12, 14-17:

> 11 While I was laboring under the extreme difficulties caused by the contests of
>
> these parties of religionists, I was one day reading the Epistle of James, first
>
> chapter and fifth verse, which reads: If any of you lack wisdom, let him ask of
>
> God, that giveth to all men liberally, and upbraideth not; and it shall be given him.
>
> 12 Never did any passage of scripture come with more power to the heart of man
>
> than this did at this time to mine. It seemed to enter with great force into every

feeling of my heart. I reflected on it again and again, knowing that if any person needed wisdom from God, I did; for how to act I did not know, and unless I could get more wisdom than I then had, I would never know; for the teachers of religion of the different sects understood the same passages of scripture so differently as to destroy all confidence in settling the question by an appeal to the Bible.

14 So, in accordance with this, my determination to ask of God, I retired to the woods to make the attempt. It was on the morning of a beautiful, clear day, early in the spring of eighteen hundred and twenty. It was the first time in my life that I had made such an attempt, for amidst all my anxieties I had never as yet made the attempt to pray vocally.

15 After I had retired to the place where I had previously designed to go, having looked around me, and finding myself alone, I kneeled down and began to offer up the desires of my heart to God. I had scarcely done so, when immediately I was seized upon by some power which entirely overcame me, and had such an astonishing influence over me as to bind my tongue so that I could not speak. Thick darkness gathered around me, and it seemed to me for a time as if I were doomed to sudden destruction.

16 But, exerting all my powers to call upon God to deliver me out of the power of this enemy which had seized upon me, and at the very moment when I was ready to sink into despair and abandon myself to destruction—not to an imaginary ruin, but to the power of some actual being from the unseen world, who had such marvelous power as I had never before felt in any being—just at this moment of

great alarm, I saw a pillar of light exactly over my head, above the brightness of

the sun, which descended gradually until it fell upon me.

17 It no sooner appeared than I found myself delivered from the enemy which

held me bound. When the light rested upon me I saw two Personages, whose

brightness and glory defy all description, standing above me in the air. One of

them spake unto me, calling me by name and said, pointing to the other—This is

My Beloved Son. Hear Him! (The Book of Mormon: Another Testament of Jesus

Christ ; The Doctrine and Covenants of the Church of Jesus Christ of Latter-day

Saints ; The Pearl of Great Price)

The account depicted of Joseph Smith is essential for everyone who comes to the LDS faith to

understand and it is included herein because without giving the "why" there is no way to show

how the now 15 million church members worldwide have come to the gospel. In fact to be LDS

you must acknowledge the fact that Joseph Smith did pray and Jesus Christ did appear to him.

Without going into much more detail about the doctrine let our discussion move onto the

living LDS Church as it is today. The standard way the church impacts its members is through

holding sacrament meeting which occurs every Sunday. There are two special sacrament

meetings held: Primary program, and Fast and testimony meeting. The Primary program is where

the young children below ages 12 sing and read scriptures to teach all members what they

learned from gospel classes. Fast and testimony meeting occurs the first Sunday of every month

and every member of the church fasts by going without food and water for two meals, so no

eating until supper. The priesthood of the Church handles the other aspect of Fasting called Fast

Offerings. On Fast Sunday the Deacons and Teachers of the Church go to member's homes and

collect Fast Offerings from those who want to give money. Fast Offering is the money set aside

Curtis 9

from the two meals you did not eat during fasting and is used to help those who are poor and in need. The Bishop of the Ward officiates in giving out money from fast offerings to help those in need. A Ward is established by a geographic boundary within a given city. Sometimes there are multiple Wards that use the same Meetinghouse (physical church building). Those Wards just meet at different times during the Sabbath day when sharing a building. Every Ward has a Bishop or in remote areas of the world a Branch President. The Bishop delegates tasks to the different offices of the lesser priesthood which are the offices of Deacon, Teacher, and Priest; whom all those offices hold the Aaronic Priesthood including the Bishop. In the book entitled *Priesthood* we can read on page 72:

> The Aaronic Priesthood held by young men from twelve years of age to eighteen is still in force today with all the majesty and power in its offices and callings. It is called the lesser priesthood "because it is an appendage to the greater, or the Melchizedek Priesthood." (D&C 107:14.) Since all priesthood is Melchizedek, the Aaronic Priesthood being a portion of it, one does not lose the Aaronic Priesthood when he is ordained to the Melchizedek Priesthood, and the same diligence is required in its offices and callings as in the greater priesthood. (Kimball, et al)

The Melchizedek Priesthood is the greater priesthood and comes with it the power to bind on earth and in heaven. Depending on your calling within the LDS church you will be ordained with the proper priesthood keys to officiate in that held office. The offices of the Melchizedek Priesthood are: Elder, High Priest, Patriarch, Seventy, and Apostle. On pages 48-49 in *Priesthood* the outlined capacity of Melchizedek Priesthood power is defined as:

> The Holy Priesthood is the power by which mortal men may act in the name of God. ... The apostle Paul made this clear in his epistle to the Ephesians as he

described the organization of the Church, saying that it is literally "built upon the foundation of the apostles and prophets, Jesus Christ himself being the chief corner stone." … (Ephesians 2:20-21.) … The Savior, however, opened an even wider vista by introducing his worldwide missionary program, which became a major duty of the priesthood. Said the Lord: "Go ye therefore, and teach all nations, baptizing them in the name of the Father, and of the Son, and of the Holy Ghost: Teaching them to observe all things whatsoever I have commanded you." (Matthew 28:19-20.) … What, then, are the duties related to the Holy Priesthood? They may be summarized as follows: (1) strengthening the established church; (2) preaching the gospel to the world; and (3) laboring for our dead. All three responsibilities require the exercise of priesthood, primarily that of the Melchizedek order. (Kimball, et al)

The highest offices in the church that hold the most priesthood keys are that of the Apostles. There are 15 apostles total: The First Presidency has three apostles, and Quorum of The Twelve Apostles has 12 ("First Presidency"; "Quorum of the Twelve Apostles"). The First Presidency is the highest governing body of the LDS Church it is composed of a First Counselor, Second Counselor and the Prophet of the church which is the Senior Apostle; he is the one that has been an Apostle the longest and also chooses his First and Second Counselors. The two counselors are called by the title President and the Prophet is also called President, but usually President of the Church. According to LDS doctrine the Prophet is the only one who possesses all of the priesthood keys on the Earth. In *Priesthood* on page 41 it states that:

The apostles who were called by the Savior during his earthly ministry received the prophetic mantle as well. Throughout the New Testament record the terms

Curtis 11

> *apostle* and *prophet* are applied to the same office. Paul speaks of apostles and prophets being the foundation of the Lord's church and kingdom. (See Ephesians 2:20.) He also declared that the word of God "is now revealed unto his holy apostles and prophets." (Ephesians 3:5.) (Kimball, et al)

The idea of revelation is perpetuated throughout LDS doctrine. Next for church leadership we will discuss the offices of Patriarch and Seventies amongst other related leadership roles.

Joseph Smith the founder of the Mormon faith was instructed to organize the church by Jesus Christ. From 1834 to 1835 Joseph Smith conducted The School of the Elders in Kirkland Ohio. In the book *Lectures on Faith* these teachings are outlined by the Prophet Joseph Smith regarding revelation:

> For where faith is, there will the knowledge of God be also, with all things which pertain thereto—revelations, visions, and dreams, as well as every necessary thing, in order that the possessors of faith may be perfected, and obtain salvation; for God must change, otherwise faith will prevail with him. And he who possesses it will, through it, obtain all necessary knowledge and wisdom, until he shall know God, and the Lord Jesus Christ, whom he has sent—whom to know is eternal life. Amen. (Smith)

What it means to hold the office of Patriarch in the LDS church is that revelation is received from God by the power of the Holy Ghost so that a church member may receive a Patriarchal Blessing. In the back of the Collector's Edition book, no pagination provided, *Lectures on Faith* there is a heading entitled "Patriarchal Blessings" in that heading it reads, "Patriarchal blessings are most sacred and personal to the one receiving them" (Smith). Within the church a Patriarchal Blessing is considered your own personal scripture given from God and the blessings promised

are dependent on obedience to obtain them. In order to receive a Patriarchal Blessing there is an interview process where first a Bishop over the Ward is seen then an interview with the Patriarch is done to determine the spiritual preparedness of the individual. Once interviewed a date is setup that the person prepared may be given the blessing. Seventies, another leadership role, are run by the Presidency of the Seventy and is defined as follows:

> THE PRESIDENCY OF THE SEVENTY consists of seven members of the First or Second Quorum of the Seventy who are called by the First Presidency and are given authority to preside over the Quorums of the Seventy.
>
> Most presidencies in the Church have a presidency of three: a president and two counselors. However, in accordance with scripture, all are presidents in the Presidency of the Seventy—none are counselors: "And it is according to the vision showing the order of the Seventy, that they should have seven presidents to preside over them, chosen out of the number of the seventy; and the seventh president of these presidents is to preside over the six" (D&C 107:93–94).
>
> ("Presidency of the Seventy")

That presidency defined is what runs what is known as Quorums of the Seventy consisting of:

> THERE ARE CURRENTLY EIGHT QUORUMS of the Seventy. Each quorum may have up to 70 members. Members of Quorums of the Seventy are often referred to simply as "Seventies." Seventies are called to proclaim the gospel and build up the Church. They work under the direction of the Quorum of the Twelve Apostles and the Presidency of the Seventy
>
> Some Seventies are assigned to headquarters administrative functions, but most live and work within a specific geographic region of the Church. Like the

Apostles, they also travel frequently to visit and teach congregations of the Church.

Members of the First Quorum of the Seventy are called to serve until the age of 70, at which time they are given emeritus status (similar to being released). Members of the Second Quorum of the Seventy typically serve for three to five years; after this time, they are released. Members of the First and Second Quorums of the Seventy are considered General Authorities, meaning that they have authority to serve anywhere in the world. Members of the remaining quorums are called Area Seventies, and their authority is limited to the area where they serve. ("Quorums of the Seventy")

Area Seventies are the leadership that divides up sections of the entire world and answers to the General Presidency of the church. Another portion of the General Presidency of the church is as follows, "THE PRESIDING BISHOPRIC is the presidency of the Aaronic Priesthood throughout the Church. The Presiding Bishop and his two counselors also serve under the direction of the First Presidency to administer the temporal affairs of the Church" ("Presiding Bishopric"). Anyone who holds office in the General Presidency of the church is called a General Authority. Other areas of the church such and Primary, Relief Society, Sunday School, Young Men, Young Women are all overseen by leaders called General Auxiliaries ("General Auxiliaries"). One important organization for the church being responsible for all charity efforts is run by the Women of the church and is called Relief Society ("General Relief Society Presidency and Board"). This and many more leadership areas of the LDS church exist and are extended and disseminated down to local church callings more information exists about church leadership worldwide but is not covered herein ("How the Church Is Organized").

Curtis 14

Temples are holy places and the epitome of where saving ordinances come into play within the LDS church. Bishops are responsible for interviewing church members to also determine worthiness for temple visitation once granted a Latter-Day Saint receives something called a Temple Recommend. Anyone is encouraged to visit the temple member and non-member alike; however, a Temple Recommend is required to perform temple ordinances. Temple ordinances are sacred acts where-in families are sealed or married, or a baptism for the dead is done. There are two different types of ordinances performed and everything done is highly symbolic and a spiritual quickening is required in order to understand. There are vicarious ordinances, where a departed person has had their records submitted to the church, usually a relative does this, and a proxy is baptized on behalf of the person who is dead. The same proxy procedure is used for ordinances performed for temple marriage and sealings by proxy. Temple marriage is done by first holding a Temple Recommend and then the couple must interview with a Bishop. Once approved by the church the couple is sealed to each other for time and all eternity; the idea behind this is that family relationships perpetuate beyond the grave. Sealing is where family is bound to each other either by marriage or birth of a child. The children born after a temple marriage are considered "born under the covenant" and do not require being sealed to their parents who entered into the covenant. Any children born before a temple marriage would need to enter the temple to be sealed to their parents. This holds true also for vicarious sealings where birth certificates show children born of a civil marriage; the proxy work must be performed also. Another temple ordinance performed is called an endowment. This is a promise of "power on high." It is where a man or woman promises with God to commit themselves and serve him in return you receive garments that you must wear and keep holy as well that when worn the garment offers promised physical and spiritual protection as manifest from keeping

covenants. A covenant is a two-way promise made to God. An endowment is often given to departing missionaries, temple couples, and those who request it from the Bishop. In order to receive an endowment or be married in the temple the Bishop will require that the person take a temple preparation class in order to understand the deep symbolism involved. Symbols are used everywhere and the most important symbol used in the LDS faith is Jesus Christ. The most important place where the symbol of Christ is used is in sacrament meeting.

Before sacrament meeting starts, which is a regularly held church meeting and by far the most important, whoever has the calling within the ward to print the, "Sacrament Meeting Program" is called by the Bishop Secretary and told the agenda for that sacrament meeting. The agenda consists of who the speakers are, what hymns are selected, who is saying the opening and closing prayer, and any other current events that need printed. When sitting in a sacrament meeting one of the members of the Bishopric stands up and addresses the congregation (either the bishop, first, or second counselor). Once the current events are given, if there are any, such as new callings, people released from callings, baptisms, baby blessings, Ward events (Christmas party, Halloween, etc.), any one receiving the priesthood or a higher office within, a child advancing from primary to young men/women, or any young women achievement earned. The speakers for that sacrament meeting are read along with the Hymns to be sung and the first hymn is sung followed by the opening prayer. Then the sacrament Hymn is sung while the priests breakup the bread for the sacrament. Then the bread is blessed, "O God, the Eternal Father, we ask thee in the name of thy Son, Jesus Christ, to bless and sanctify this bread to the souls of all those who partake of it, that they may eat in remembrance of the body of thy Son, and witness unto thee, O God, the Eternal Father, that they are willing to take upon them the name of thy Son, and always remember him and keep his commandments which he has given them; that they

may always have his Spirit to be with them. Amen." After the bread is blessed the deacons and teachers pass it to the congregation then they walk up to the front and hold the sacrament tray out for the priests to take the sacrament and the priests in turn hold it out for them to eat the bread. The shroud is moved to now cover the bread trays and uncover the water trays. Then the prayer for the water is said just like the bread as contained in scripture *Doctrine and Covenants* Section 20 verse 79:

> 79 O God, the Eternal Father, we ask thee in the name of thy Son, Jesus Christ, to bless and sanctify this wine to the souls of all those who drink of it, that they may do it in remembrance of the blood of thy Son, which was shed for them; that they may witness unto thee, O God, the Eternal Father, that they do always remember him, that they may have his Spirit to be with them. Amen. (The Book of Mormon: Another Testament of Jesus Christ ; The Doctrine and Covenants of the Church of Jesus Christ of Latter-day Saints ; The Pearl of Great Price)

The word wine is changed with the word water in this scripture because the early saints were later instructed to no longer use wine as it became a manner in which the saints were poisoned by evil designing persons. It was revealed that the Lord was not concerned with what was used precisely as much that it is done in remembrance of him. In other parts of the world for instance bananas are used in place of bread. The sacrament concludes with the Priests, Teachers, and Deacons sitting down and the Bishop or Bishopric member excusing them to sit with their families. Then the first speaker gives their talk. Sometimes there will be an intermediate hymn between speakers, and then the second speaker will talk. Afterward the closing hymn will be sung and the closing prayer given. Any deviation from the standard meeting will be addressed by the authority that is conducting the meeting (Bishopric) or sometimes a Stake President or

General Authority can conduct the meeting. There are periodically special Sabbath day meetings that take place instead of sacrament meetings those are called either Stake Conference or General Conference. That is where the entire Stake (all the wards within an area), or the entire church meet together as part of a congregational meeting. Stake conference is conducted at the Stake building. General Conference is conducted at the LDS conference building located in Salt Lake City near temple square. It is done through attendees and broadcast for those who are unable to attend. It is done by internet feed, cable, and live feed at stake centers worldwide what are equipped with a satellite feed. The General Conference is rebroadcast in several languages, and transcribed, as well as available in audio only format.

This is a condensed account of the Mormon Church and its doctrine. There are not nearly enough scholars to make a summary of the LDS church into a single essay. Hopefully I have done this tome justice by giving insight and touching on the subject thoroughly enough and more importantly without error. The beliefs of the LDS church can however be summed up through writing by the founder and Prophet of the LDS faith Joseph Smith:

1 We believe in God, the Eternal Father, and in His Son, Jesus Christ, and in the Holy Ghost.

2 We believe that men will be punished for their own sins, and not for Adam's transgression.

3 We believe that through the Atonement of Christ, all mankind may be saved, by obedience to the laws and ordinances of the Gospel.

4 We believe that the first principles and ordinances of the Gospel are: first, Faith in the Lord Jesus Christ; second, Repentance; third, Baptism by immersion for the remission of sins; fourth, Laying on of hands for the gift of the Holy Ghost.

Curtis 18

5 We believe that a man must be called of God, by prophecy, and by the laying on of hands by those who are in authority, to preach the Gospel and administer in the ordinances thereof.

6 We believe in the same organization that existed in the Primitive Church, namely, apostles, prophets, pastors, teachers, evangelists, and so forth.

7 We believe in the gift of tongues, prophecy, revelation, visions, healing, interpretation of tongues, and so forth.

8 We believe the Bible to be the word of God as far as it is translated correctly; we also believe the Book of Mormon to be the word of God.

9 We believe all that God has revealed, all that He does now reveal, and we believe that He will yet reveal many great and important things pertaining to the Kingdom of God.

10 We believe in the literal gathering of Israel and in the restoration of the Ten Tribes; that Zion (the New Jerusalem) will be built upon the American continent; that Christ will reign personally upon the earth; and, that the earth will be renewed and receive its paradisiacal glory.

11 We claim the privilege of worshiping Almighty God according to the dictates of our own conscience, and allow all men the same privilege, let them worship how, where, or what they may.

12 We believe in being subject to kings, presidents, rulers, and magistrates, in obeying, honoring, and sustaining the law.

13 We believe in being honest, true, chaste, benevolent, virtuous, and in doing good to all men; indeed, we may say that we follow the admonition of Paul—We

Curtis 19

believe all things, we hope all things, we have endured many things, and hope to be able to endure all things. If there is anything virtuous, lovely, or of good report or praiseworthy, we seek after these things. (The Book of Mormon: Another Testament of Jesus Christ ; The Doctrine and Covenants of the Church of Jesus Christ of Latter-day Saints ; The Pearl of Great Price)

This writing is contained within *The Pearl of Great Price* and is known as The Articles of Faith. Only one more topic exists that I care to endeavor to explain and that is the subject of polygamy. In other more remote areas of the world Anthropologists find that tribes and chiefdoms endorse and promote polygamy as a way of raising the population and having more support structure to extend their family. Survival also dictates that widows usually would require a man to care for them and polygamy is a way in which the male hunter would provide for his newly extended family. In early LDS years men were slain as evidenced by the Missouri Executive Order 44 declared from governor Lilburn Boggs. That left many men dead and LDS women who had children that needed caring and provided for, some of which were born of rape because of the extermination order where the militia would rape Mormon women after killing their husbands. The practice of polygamy was later disavowed as a practice in 1890 by the church. The problem still exists regarding the legality of the federal government stepping in to attempt arrest of LDS leaders because of polygamy because of the fact that marriage is a state run institution, not to mention, if a federal ban was made, which it never was, the church leaders would be protected because of the ex post facto clause of the constitution. The truth is there was only the appearance of legal religious freedoms allotted to the LDS church in the early days by the supposed tolerant government of the United States. Religious freedom for the church came at a price and was only allowed for a moment once they moved out west to Utah to escape governmental executioner

Curtis 20

orders. A law that makes it illegal to live be not a law to be followed the fact that such a law was on the books until 1975 astounds me. The struggle for religious freedom, if there ever was one, the epitome of such would undoubtedly be the truly American religion of Mormonism.

Works Cited

"Creation." The Church of Jesus Christ of Latter-Day Saints. Accessed December 7, 2014.

        https://www.lds.org/topics/creation?lang=...

"First Presidency." The Church of Jesus Christ of Latter-Day Saints. Accessed December 8,

    2014.

        https://www.lds.org/church/leaders/first-presidency?lang=...

"General Auxiliaries." The Church of Jesus Christ of Latter-Day Saints. Accessed December 9,

    2014.

        https://www.lds.org/church/leaders/general-auxiliaries?lang=eng

"General Relief Society Presidency and Board." The Church of Jesus Christ of Latter-Day Saints.

    Accessed December 8, 2014.

        https://www.lds.org/callings/relief-society/leader-resources/relief-society-presidency-board?lang=eng

"How the Church Is Organized." The Church of Jesus Christ of Latter-Day Saints. Accessed

    December 9, 2014.

        https://www.lds.org/topics/church-organization/how-the-church-is-organized?lang=eng

Kimball, Spencer W., N. Eldon Tanner, Marion G. Romney, Ezra Taft Benson, Mark E.

    Peterson, Boyd K. Packer, Marvin J. Ashton, Bruce R. McConkie, L. Tom Perry, J.

    Thomas Fyans, M. Russell Ballard, Dean L. Larsen, Robert L. Simpson, Vaughn J.

    Featherstone, G. Homer Durham, Robert L. Backman, and Victor L. Brown. *Priesthood.*

    Salt Lake City, Utah: Deseret Book, 1981. 41, 48-49, 72.

"Presidency of the Seventy." The Church of Jesus Christ of Latter-Day Saints. Accessed

    December 8, 2014.

        https://www.lds.org/church/leaders/presidency-of-the-seventy?lang=...

"Presiding Bishopric." The Church of Jesus Christ of Latter-Day Saints. Accessed December 8,

    2014.

        https://www.lds.org/church/leaders/presiding-bishopric?lang=eng

"Quorum of the Twelve Apostles." The Church of Jesus Christ of Latter-Day Saints. Accessed

December 8, 2014.

http://www.lds.org/church/leaders/quorum-of-the-twelve-apostles?lang=eng

"Quorums of the Seventy." The Church of Jesus Christ of Latter-Day Saints. Accessed December

8, 2014.

https://www.lds.org/church/leaders/quorums-of-the-seventy?lang=g;

"LDS Statistics and Church Facts | Total Church Membership." Www.mormonnewsroom.org.

December 6, 2014. Accessed December 7, 2014.

http://www.mormonnewsroom.org/facts-and-stats

"Obedience." The Church of Jesus Christ of Latter-Day Saints. Accessed December 7, 2014.

https://www.lds.org/topics/obedience?lang=eng&query=counsel in near

Richards, LeGrand. *A Marvelous Work and a Wonder*. Rev. and Enl. ed. Salt Lake City: Deseret

Book, 1976. 3.

Smith, Joseph. *Lectures on Faith*. Collector's ed. American Fork, Utah: Covenant

Communications, 2005. 78.

Smith, Joseph. *The Holy Bible: Containing the Old and New Testaments in the King James

Version.* Nashville .: Thomas Nelson, 1984.

Talmage, James E. *Jesus the Christ: A Study of the Messiah and His Mission According to Holy

Scriptures both Ancient and Modern*. Classics in Mormon Literature ed. Salt Lake City,

Utah: Deseret Book, 1983. III.

*The Book of Mormon: Another Testament of Jesus Christ ; The Doctrine and Covenants of the

Church of Jesus Christ of Latter-day Saints ; The Pearl of Great Price.* Salt Lake City,

Utah, U.S.A.: Church of Jesus Christ of Latter-day Saints, 1981.

"The Family: A Proclamation to the World." The Church of Jesus Christ of Latter-Day Saints.

September 23, 1995. Accessed December 7, 2014.

https://www.lds.org/topics/family-proclamation

"The Mormon War in Missouri." CBS St Louis. November 13, 2012. Accessed December 7,

2014.

http://stlouis.cbslocal.com/2012/11/13/the-mormon-war-in-missouri

"The Pearl of Great Price Student Manual The Book of Abraham." The Church of Jesus Christ of

Latter-Day Saints. Accessed December 7, 2014.

https://www.lds.org/manual/the-pearl-of-great-price-student-manual/the-book-of-abraham?lang=eng

"What Do Mormons Believe about Jesus Christ? Do Mormons Believe That Jesus Christ Is the

Son of God? | Mormon.org." The Church of Jesus Christ of Latter-Day Saints |

Mormon.org. Accessed December 7, 2014.

http://www.mormon.org/faq/belief-in-jesus-christ