_____ FILED   _____ LODGED
_____ RECEIVED   _____ COPY

APR 0 3 2026

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

03/30/26@
07:55:06 PM
Letter/Filing to Judge Diane J Humetewa on Case#2:18-cv-03291-DJH
Main body Document For Court: Page 1 of 12

You have to understand the nature of the beast Microsoft; to tease men of the time and age with young girls; unrequited love on my part (not that I don't mind attractive ladies, the point is that they create this pretext about a person of interest they have been pursuing in society (attempting to recruit or discredit/destroy/character-assassinate/murder). They targeted all these young adolescents using their computers; there were no child privacy laws protecting us from Microsoft spying on and influencing our lives (and there still aren't sufficient of par for the course). The goal was simple, get a young man addicted to child pornography (anyone intelligent and full of potential); these would be the new future leaders of America. Only this did no take with me even though they continually beat that drum loud (but all they are sounding off is that yes, it was them that sent naked pictures of 9 year old Ukrainian girls to my Adam_Merz@yahoo.com account when I was 12 years old). This is why they have this fascination with me to call me a sexual deviant and all the contorted saboteur tactics of my character, and the vile pursuits are all tied to one thing: money. I came up with lucrative game design ideas/concepts that were stolen, when I was 12 years old & prior to 2015. And at each offset of this they had tried to ensnare me in some sort of unsolicited child porn gimmick. Those are the tools that they use for whom cannot be controlled. That is why they made that island (Epstien was merely a holder). And this all leads (segues) into the now: it is 20:21 MST March 30th 2026 year of our Lord Jesus Christ (the 3rd eternal day [~1AM into the 3rd day] after his ascension/crucifixion) into the now. I am being zapped by jets passing above making several passes and taken measures to buy lead vests and head gear to stop x-ray related level frequency carrier wave attacks; at my now writing of this, it is simple why. Microsoft has you all fooled (I had not turned my phones on all day, the spying instrument of our Government, free phones for everyone Obama (nice play, GG) to think and create a natural fear of me that then is faceted by lies that coincide with public interest. What they think as they pilot the jets is that a loose cannon is on the prowl and we need to make certain that we know his whereabouts at all times: this is the hook they get you all with, fear. Now for the spirit, you may feel you are doing the right thing, but in reality you are serving a far greater evil. Once the spirit is revealed it is inevitable to relinquish the truth as well when providing comparison of a matter: and what you don't know is that every antenna on those jets are programmed to send out a frequency that is illegal (according to attenuation and broadcast accumulation of unhealthy radio/microwave/infrared/x-ray/gamma-ray and all other frequencies and spectrums regulated by NISA/FCC/FAA & the authority on nuclear and radiological matters pertaining to the United States), mind altering, and against the very first right of the United States Constitution that supposedly grants life as the very first "inalienable" right bestowed by God.
So then, albeit as it may, you are by definition using "Ungodly" weapons against me it unsanctioned air/drone strikes, not just on a US citizen but also on an Armed Forces Veteran who just so happens to have served in the Military Occupational Specialty of Microwave Communications & Satellite Communications. In essence I am my own expert witness to these exotic cruel

03/30/26@
07:55:06 PM
Letter/Filing to Judge Diane J Humetewa on Case#2:18-cv-03291-DJH
Main body Document For Court: Page 2 of 12

and unusual punishments/tactics employed against my person. Initially I had thought that they were just using the attacks against my computer systems and I had just so happened to be in the room (because I have Subgraph Linux log files showing exact microprocessor timeout and failure as it relates to how a system would fail under a Near Field Communications (some type of RF/UF used in close proximity by someone like a next door neighbor on the same house/Duplex in a single structure) based attack. This was done in North Carolina, and since then several other attempts are forthcoming and been made to silence my voice by silencing my computer systems.

I never had thought nor considered that I would be putting my Associate's Degree to so much use just trying to keep my computer systems operational enough to get through school (working on Master's Degree in IT Business Management). It is taking all of my time just staying alive (protecting my body and mind) and trying to get essential daily tasks done that are evil inducements made. Such as now I have to deal with them stealing my Semi Truck and not keeping their word to repair it in North Carolina.

How can every single opportunity used be taken to do evil to one person? What did I ever do to any one of these, personally? Please tell me why everyone feels to have such an involvement in my life? An involvement of conspiracy and evil acts.

If this is what you call democracy then let me out, I will form my own political party, I will call it the inalienable rights party. I suspect that people are involved and aware of what is going on to me. There is no way that it is not possible;therefore, you are all cognizant of your own participation and guilt equally at all levels.

Revisiting the mention of my Adam_Merz@yahoo.com account: I had attempted to login to it for my 2018 court filing against Microsoft; my MFA (multi factor authentication) had been setup on my phone number that was related to a Verizon account. No sooner than did I try to get that number for MFA did Verizon find a way to lock me out, charge me $4,000 on a 3 line cell phone bill for phones that were sold at a kiosk booth in North Carolina without my consent (aka stolen) for approximately $400 a piece. Then when I attempted to transfer my phone number attached to that MFA Verizon would NOT let me, even though the FCC states that a phone copy cannot "hold your phone number hostage". What they had done to swindle me was this, they claimed that the $4,000 debt triggered my account to auto close and release my number back into the public pool of numbers without a single notice sent to me. Then when I called their corporate escalations department the lady stated that the number had not been assigned to anyone yet, but is still owned by Verizon; so I cannot just go get it from another carrier. Then the lady stipulated that if I pay the bill then they will see about reinstating my phone number and then get it back. So in essence I was being extorted.

That is what extortion looks like my friends! (phone#=805-757-1218)

This is what I am taking about; moreover, the system is designed to be buddy-buddy to cover itself up (like a giant circle jerk good ol' boys club) in a country clubesk type fashion.

03/30/26@
07:55:06 PM
Letter/Filing to Judge Diane J Humetewa on Case#2:18-cv-03291-DJH
Main body Document For Court: Page 3 of 12

What is Adam up to (they wonder)? What ideas is he coming up with and how can we *evil designing persons) monetize on them? Can he protect them? Well that's my problem isn't it! Against these great forces and seeing that I am constantly controlled on what I can possess against powers of governmental (municipalities, national, and social malfeasance) would require me to have millions of dollars of equipment just to keep basic control over my Intellectual Property should I jot it down on a computer system or even on paper. There is nothing that all this evil society would not want to possess and steal and give nothing of value in return. In fact in terms of calculations when I come up with an idea I get a negative return, because now I get zapped, it gets stolen and I invested my time and energy into something that I get hurt for doing and become a future target for more that follow and are allowed entry by companies that control the technological and socioeconomic structure such as Microsoft. But they are not the only ones. After much deliberation and research I have found that there is an hierarchy/consortium that trade in these goods (information) and become Angel investors or silent partners (or contract to keep the deal separate from tracing to them but add gains onto other preexisting contracts to compensate [compensatory to] for the ill gotten gains).

I have seen no revenues from ideas that I see surface shortly after a suspected penetration into my network, home, or even my mind (mind mapping algorithms, browser fingerprinting and search engine analysis); is nothing sacred in this country? When they see that I have been reading up on a subject (via browser finger printing) then that is when my wireshark will indicate that packets are being sent, or my $extend folder on my windows partition would get very large and send it's 4kb continuous "torrent feed" to Microsoft. At one point I found out how to block them and that is when the intense physical attacks began on my computer systems and my body. Ergo they were telling me that I am their slave (essentially) and all my ideas belong to them and if I attempt to stop them they won't even let me have an operational computer system at all or a life.

After about a month of this going on (in North Carolina 2025) I decided that I needed to protect myself. I had bought a cut-off disc from Harbor Freight and cut the heat shield piece off my semi truck and fastened the thick curved aluminum to my Lowes hat (later on to another hat). Even though it helped whomever was performing the attacks for them (I have pictures of faces diplomatic plates from Washington D.C. who I suspect are former French Foreign Legion with diplomatic immunity). Obviously I am way out of my depth, I JUST WANTED TO BE A HUMBLE GAME DESIGNER OR TECH GUY or something and not be controlled by an evil congregation.

During one of these ongoing nights after attacks (because it was set to a schedule, 15 minutes after my wife left for school of cosmetology [for esthetician] I could feel the zapping effect on my body and mind) I confided in my wife about what has been going on. She absolutely refused to think it possible. And it that measure I told her a story of all the hearsay testimonies and other accounts of evidence pieced together cataloged by me in my mind

03/30/26@
07:55:06 PM
Letter/Filing to Judge Diane J Humetewa on Case#2:18-cv-03291-DJH
Main body Document For Court: Page 5 of 12

One of those was the GUI experience versus the hardware on a device. My findings are thusly: On a phone, computer, tablet, or any derivative thereof; a user will use the Graphical User Interface (GUI) to switch the Bluetooth off, WiFi off, or some other hardware function (in the case of cellular devices it could be the cellular antenna). Just because the user turns it off doesn't mean it is actually off. If you were to take a spectrum analyzer and analyze a number of devices some of them are still broadcasting, but not indicating to the user (false/fraud). I have also found that on the devices that support "airplane mode" that this is the only one that actually works. Not all phones/devices attempt to trick the user, and it is no indication as to who is responsible (wether it is an app or the OS [operating system] doing the falsification). Our devices are lying to us. But why? What do they have to hide?

5. If our government doesn't know of this, or the companies that design it all, then perhaps it must be the manufacturers (China, Thailand, Korea, Japan, Etc.) having embedded firmware that runs devices' secret operations. And now this can get real scary real fast; phones now have satellite abilities. Computers also by this same subversive merit I have described can also be their own satellite antenna; they have all the characteristics: aluminum casing, grounded the hardware to the casing (it doesn't free float), the hardware and the software are lying to the user (by so-called trusted sources), and finally all the integrated circuits on the motherboard & boards are connected to ground (they could all literally be in a wake-state until a matching frequency hits the computer casing, sends to ground, and executes the wake-stated function; and the monitor could be completely off, and the computer [appears to turned off] cold to the touch). To test this theory I have had computers hooked up running just fine as a board, then I put the computer in a case and the anomalous behavior persists. *WORSE CASE SCENARIO: it is all of them; the government(s), the manufacturers, the companies: and all of us, WE THE PEOPLE, are left to be tossed to-and-fro.(anyway they want)

6. Now the Court sees my definition of UF (unseen forces) attacks as controllable. Targets are not always persistent; the attacks accumulate against those specific people that show interest. Otherwise the evil-doers would be caught. This is not limited to: data mining for foreign intelligence. Hypothetical question/scenario posed: what if a foreign government/company/entity could send a grounded satellite transmission to a commercial air liner (or even a military craft, satellite-to-satellite even) reprogramming an antenna alignment to fix on a target area (a cone shape target zone [approximately 10 feet], it isn't a laser beam) using only the hardware/firmware and bypassing the operating system entirely (no logging of the attacks, or that the antenna even moved nor fired in that direction).

7. Not all attacks are destructive in nature and can target/influence areas of the brain. Example scenario: A woman sits down to use her laptop, sets her phone on the desk. In the background (for whatever reason she is being targeted, but not to kill her or hurt her, they want to make her

03/30/26@
07:55:06 PM
Letter/Filing to Judge Diane J Humetewa on Case#2:18-cv-03291-DJH
Main body Document For Court: Page 6 of 12

date someone or whatever relationship manipulation is to be performed) her phone is the object hitting her in the head with it's 5g antenna (no longer pointing at the cell tower). Even without the camera spying on her the computer knows that she is typing on that specific hardware (that keyboard). The signal is sent to the phone using Survivable communications (the computer and the phone most likely already have an established link if she has possessed them for long enough) which will find a route to the device no matter what, using Bluetooth, NFC (near field communications), WiFi, or circle from the laptop's internet connection all the way back through to the cell phone's data service (and it doesn't have to send a distinguishable packet, even an ARP request could be a signal encoded for an attack). The key to this attack is that the cell phone is in close proximity to the person so that the target cone is small enough to hit the intended area of the body.

8. There are other UF attacks of a medical nature not described herein because I am not an authority or practicing medicine or hold a medical degree. I do have a degree in technology, and I did take a biology class as a requirement for my Associate's. My understanding is not basic but as I have said with certainty I cannot be sure since I am not an authority on medicine. I have however taken notes and made summations on what is occurring (molecular biology). Let's say, you design a beam that will destroy only certain hormone cells on the brain, or it doesn't even have to be the brain (whatever it is they found out the power level and requirements there are to impact that ability). It may not stop at just destroying things there are already medical breakthroughs that allow certain infrared and other light waves to heal bruising on the body, etc. This can be theoretically used to increase cell production in a target area.

9. This leads to the final piece of the puzzle: mind mapping. Medical machines operate on EM (electro magnetic either call then frequencies or waves) pulses to scan, one such machine performs an operation called a CAT scan. It is called Electro Magnetic Imaging when an EM signal is used to read areas of the body. I theorize (again no medical degree) that people are subjected to EM (from different sources I am not going to go into that) that leave resonance on the body and the impact of that resonance can be scanned/detected by cellular devices; but more than that a device is aware of its surroundings (it has cameras on both sides, a constant audio feed [if it wishes], temperature, gyroscopic, and all sorts of other telemetry sensors) and to unlock your device it makes a 3 dimensional scan of your head (faceID). *Not just your face: the viewing and capturing range of the camera exceeds what it is purporting to capture and sometimes the faceID to certify you leads the user to pull their head way off to the side to complete the process. To keep this topic from being lengthy I will just cut to the chase. The phone spys on all you do and say, and while you are talking, eating, sleeping the device is following your conversations, and the retrieval into your mind (using the EM fields) and seeing where in your mind you pull the

03/30/26@
07:55:06 PM
Letter/Filing to Judge Diane J Humetewa on Case#2:18-cv-03291-DJH
Main body Document For Court: Page 4 of 12

(it had taken 5 hours in the telling of it verbally). *Contained in another document (not included in this filing). Briefly explained:
Microsoft's early days and dealings with ransoms, cartel members, DEA (there humble company was being picked on because they had money) and the need to provide creative accounting (and more money on top of what was being extorted). The relationship with Xerox for the first GUI and court case with Apple over Intellectual Property (which led to the whole basis of Microsoft's repeated underhanded dealings with small/large companies (lawsuit with Java in 2003), putting Stack Electronics out of business over compression algorithms (they could not sustain a legal battle). See movie Silicon Pirates; regards to Xerox's tech and Apple.

1. There is a connection to MKULTRA and Microsoft in my studies what Stan J. Caterbone describes in his supreme court amicus I found information (that may be found in his document or relatable ones) that it takes 4kb (kilo bytes) to download a person's thoughts; I think that Microsoft has encoded MKULTRA into their operating system, of this I am uncertain but find that 4kb is constantly being sent from a part of the Windows core processes. This answered one of my ongoing and outstanding questions: why does Microsoft give away free upgrade licenses to end users (Windows 8 to Windows 10, Windows 10 to Windows 11 and so forth) en-masse? My answer I think at first was just to steal intellectual property, ideas and so forth. My next answer was in order to train their AI by ingesting information about humanity and end-users. Then it has evolved into another more prevailing theory, population control. The real answer is ALL OF THE ABOVE; anything they can use/do they will, build that tower to get to heaven.
2. Control over who gets that job (the haves and the have nots; put someone there that you control), and the list goes on to what can happen.
3. In August of 2018 when I was writing my letter to POTUS I can across several anomalies that would persist in my Microsoft Word program within the Microsoft Windows operating system. Every time I made mention of Microsoft or a "touchy" subject while drafting there would be a glitch, or changed words within my document. I had to reset the print spooler & print services several times. The annotations/comments while I was drafting are included on the copy of my letter to the president (printout saved and stored for this reason from back then). I screen recorded the user experience while typing the letter and made constant printouts between drafts to see that there was tampering. And all of these evidences of all these small things (which would be astounding to actually compile in a court case [from what I am told] to be seen) would show a subtle intention by the programming of the processes running on devices. *I have included 14 pages the letter to POTUS dated Aug 5th 2018.
4. Years later I had still been working on unanswered questions I would save up in the back of my mind (maybe not the literal back of my skull).

03/30/26@
07:55:06 PM
Letter/Filing to Judge Diane J Humetewa on Case#2:18-cv-03291-DJH
Main body Document For Court: Page 7 of 12

     data from as you say and do what you do. It is important to know that mind mapping is not specific to the actual head of a person, it can be any search query you type, and courses you have taken online, databased voiceprint analysis, and basically any gathered/gleaned information makes a picture to the AI (artificial intelligence running the gathering operation) of all the knowledge a person possesses; with a certainty to determine what a person might know. This information gathering is used in attacks to attempt to use strategies that a person has no knowledge to defend against. Yes, the AI can attack people economically and otherwise. Imagine if your chart gets screwed up and a doctor performs the wrong surgical operation on you. The list goes on and it can be very horrible to think about.

The thing that had triggered this willingness to share accounts of others was a revelation I received in a dream. A dream which I had only because I found a place to sleep where I wasn't getting hit (by RF/UF) while sleeping. *Dream contained in another document. I had found several ways to trick the AI that was running the attack tracking algorithms. All I had to ask myself was, "how would I design this thing (worse and best case scenario)" then, "contingent on my design how would I defeat it?" I found that if I had my iPhone turned on and in a room and walked into that room then the zapping would follow. So I had come up with a way to trick the audio and limit the ability to hear in a specific direction, so I could walk away from my phone and not get zapped. Then after awhile of not hearing me (as I suspected) I would get a phone call, a text or some other sort of triggering interaction in which to drawn me to the phone. When I did not come to the phone I noticed external things happening on the outside of my phone which seemed triggered as a result of my non compliance (to remain aloof) such as a nosy neighbor passing by my window/patio. Worse case scenario is that I have been getting zapped, we all have, this whole time (since COVID-19 & the 5g towers being put up; and quite frankly [wouldn't put it past them] even before that).
Who is going to stop them? It is not my responsibility (except for the fact that I swore an oath to the constitution [no, not to Barbara Streisand] to protect against all enemies foreign [remember Foreign exchange students just moved in next door to me and all the sudden am getting zapped a lot] and DOMESTIC (that includes the government and Microsoft if they act against the constitution). I see I have a lot of domestic enemies at the gates (and apparently living inside of my cell phone).
All of this makes for a unique and unsavory situation where I am the only witness to these crimes unless there are others that can attest of similar sets of circumstance (which I have found). There is a 2018 court case at the Supreme Court Level (many of those tactics that were used in Lancaster were also employed; like a cook-book for evil). And the term(s) I found used in medical Journals: Havana syndrome, Electronic Torture, MK Ultra, Noise to Skull, and basically a how to do it to others can be downloaded online and used by anyone with an 8th grade education. Some hardware from China needs to be purchased from China (for like $50 & up depending on what you're

03/30/26@
07:55:06 PM
Letter/Filing to Judge Diane J Humetewa on Case#2:18-cv-03291-DJH
Main body Document For Court: Page 8 of 12

doing) and then you can be a hit man/woman for hire on the dark web. I'm certain Microsoft will compensate anyone for their trouble (with cryptocurrency).

As you can see none of this is traceable (that doesn't mean it isn't happening, on the contrary it means that it most certainly is happening because its untraceable). There are ways of tracing it but my government actually has to give a shit about me first. Ways in which I would attempt to trace it would be considered inadmissible in court (even at the evidence requirements set for civil proofs required) because I would have to do illegal reverse engineering and hacking of phone systems and Intellectual property of Microsoft and Apple. This is just a brief glimpse into all the routes I have taken to get thus far. Someone asked me (anonymous source), "why don't you just attack them back?" Because I would be no better than them a stinking piece of filth (stink to high heaven).

So my solution is a spiritual one (I have exhausted all other possibilities, because the FBI won't investigate, the FAA won't investigate, the FCC won't investigate; and I already wrote the president POTUS a letter back in 2018, and every Governor of every effected state that effectually had a social interest of any person that was part in attacking me at that time).

I followed the counsel given and it got worse, much worse once I went to North Carolina: they were all still just secretly watching me and attacking me. Here is my solution (because I am not allowed to live, exist, or even breathe without being suffocated): I am enacting all the curses that my new priesthood authority gives me. *Curses listed in separate document(s). *Gained priesthood authority listed in separate document(s).

One thing the military taught me was Military Justice and since I am in a spiritual war against the ungodly (those using ungodly weapons makes them ungodly; we defined this earlier about the weapons) I will use military Justice. In military justice to maintain discipline among troops that have infractions/shortcomings the entire platoon can be punished for one soldier's lack. And is a spiritual battle I must have the word on my side and so it is written of God saying, " I esteemeth all flesh as one", and so since it is written that is my tactic in this spiritual military justice I shall use.

I was not going to even consider writing this and if so not until after I finished my current term in school, but I moved into the desert off-grid in practically nowhere. I bought a broadband router and a solar generator and a low powered OLED monitor and started to attempt to get some schoolwork done. You know what those bastards did those jets from Luke Air Force Base started hitting my router with something and then it was reaching 54 degrees celcius and shutting off. The first week I arrived out in the no wheres of the desert there was no attacks hitting me. Within 1 week of arriving there were new light panels installed all around where I went at and I was getting hit all the time. Also the air traffic increased after the first week and I was getting zapped by commercial and military craft. This is horseshit! Commercial airliners ferrying passengers being used as drone strikes (I call them drone strikes because it is using an AI and is automated to target the antennas) and planes are being routed by the AI air traffic controlling mechanisms which

03/30/26@
07:55:06 PM
Letter/Filing to Judge Diane J Humetewa on Case#2:18-cv-03291-DJH
Main body Document For Court: Page 9 of 12

allow the jet to pass targeted citizens. If only the Nazis were so efficient as "my peers" all are! Yes they are worse than Nazis that is what I am saying. SINCE I CANNOT EVEN LIVE IN THE EMPTY DESERT THAT IS WHY I AM ENACTING THE CURSE.
*included is also a letter I finished writing and sent on: August 5th, 2018 to then president Donald J. Trump; in order to do all that man can do before having heaven intercede on their behalf (this is part of heaven binding enacting a curse); I am uncertain if this is/was the final draft but is the only copy on short notice [to me being the movant] that I could find. (14 pages)

As of now I must protect myself physically from these attacks in order to remain of sound mind to hopefully explain in an ingestible (a word used to describe the processing of information) way of explaining impossible repeated occurrences that favor my destruction. Know then that currently as of the writing of this it is 2:55PM on 04-01-26 (April Fool's day). And there is so little joy in life so I had amused myself to this idea that I would be done compiling this and presenting it to be filed on this day. This way everyone could absolve themselves to thinking it was a joke because of the date in which it was filed; but not that I would have filed it that way for persons' interest but for God. To make God laugh I would have wanted to do so, to file on this day. There is still much more to be added if it is to be added and there is no way feasible to finish on the deadline I had set. God would laugh because if I had filed on this day and he (for whatever reason) decided not to enact the curse I thought to myself then surely I would be a dead man (potentially either way) and when I die and meet him I would absolve him for not assisting me and therefore would have no right to be upset and could simply say it was an April's fool joke. I thought I should include this section herein because it is not a joke it is serious as a heart attack and all the things mentioned have transpired in some short fashion the details may be off (on some events where I am still piecing together factual evidence by a larger margin-off) to some degree. I have not done statistical analysis on it and the confidence level is uncertain. I thought it best to describe events rather than err on care and concern for the pure form of facts. Some of the facts are still elusive, but I think they are related. For we wrestle not against flesh and blood, but against principalities, against the rulers of the darkness of this world.
Everyone is stuck so worried about me, when they should be worried about themselves. They think they are "saved" and I tell them they need to repent further, and they hate me for it because they love to sin. For this they all sin is this (taken from scripture) regard:
And there shall be many which shall say: Eat, drink, and be merry; nevertheless, fear God—he will justify in committing a little sin; yea, lie a little, take the advantage of one because of his words, dig a pit for thy neighbor; there is no harm in this; and do all these things, for tomorrow we die; and if it so be that we are guilty, God will beat us with a few stripes, and at last we shall be saved in the kingdom of God.

03/30/26@
07:55:06 PM
Letter/Filing to Judge Diane J Humetewa on Case#2:18-cv-03291-DJH
Main body Document For Court: Page 10 of 12

And so at it's core wether denominational or not I am discriminated against for my spiritual/religious beliefs (and they act on it without impunity). These evildoers (shadows) have become aware of my dreams/visions/promptings because they will set traps for me and I will avoid or dodge them, or go right into it with a different outcome than they had expected and this intrigues me more. a\So there end game is this, to fry my mind to the point where when they set their next trap I will fall into it then they will turn around and exclaim, "see he is not blessed of God!"

One of my please to the court is that at my family's property in the desert (off by the carefree highway US 60) laws regarding unsafe RF/UF/Comms/Lightwavs/Satellite Beams/Etc. Regulations should be maintained I see no compliance with these regulations anywhere in the United States. It would be easy to enact and monitor these attacks and requests with authority, equipment, and investigative powers. I should not be getting hit on my physical person directly by any of them. This property is owned by The Curtis Family Trust. There have been other acts performed on/against this property which Maricopa Sheriff's Department (Deputy Beltran, most recent) has failed to investigate when reported: arson, grand theft auto, destruction of property, and theft. I would like it to be a safe haven from an evil world that abuses technology on a daily basis. But it is not the technology that is committing the crimes, people are involved it is just a matter of motive; perhaps there is not even that! They do it just because whomever can do what they do and know that it can be done and just revel in the power of being unhindered.

In summation an account of a book called "Helaman" in a cannon entitled, "The Book of Mormon" describes an outlook in history of a secret band sworn to conspiracy to get gain:
And it same to pass that Helaman, who was the sone of Helaman, was appointed to fill the judgment seat, by the voice of the people. But behold, Kishkumen, who had murdered Pahoran, did lay wait to destroy Helaman also; and he was upheld by his band, who had entered into a covenant that no one should know his wickedness. For there was one Gadianton, who was exceedingly expert in many words, and also in his craft, to carry on the secret work of murder and of robbery; therefore he became the leader of the band of Kishkumen.
And now behold, those murderers and plunderers were a band who had been formed by Kishkumen and Gadianton. And now it had come to pass that there were many, even among the Nephites, of Gadianton's band. But behold, they were more numerous among the more wicked part of the Lamanites, and they were called Gadianton's robbers and murderers. And it was they who did murder the chief judge Cezoram, and his son, while in the judgment-seat; and behold, they were not found. And now it came to pass that when the Lamanites found that there were robbers among them they were exceedingly sorrowful; and they did use every means in their power to destroy them off the face of the Earth. But behold, Satan did stir up the hearts of the more part of

03/30/26@
07:55:06 PM
Letter/Filing to Judge Diane J Humetewa on Case#2:18-cv-03291-DJH
Main body Document For Court: Page 11 of 12

the Nephites, insomuch that they did unite with those bands of robbers, and did enter into their covenants and their oaths,, that they would protect and preserve one another in whatsoever difficult circumstances they should be placed, that they should not suffer for their murders, and their plunderings, and their stealings. And it came to pass that they did have their signs, yea, their secret signs, and their secret words; and this that they might distinguish a brother who had entered into the covenant, that whatsoever wickedness his brother should do he should not be injured by his brother, nor by those who did belong to his band, who had taken this covenant. And thus they might murder, and plunder, and steal, and commit whoredoms and all manner of wickedness, contrary to the laws of their country and also the laws of their God. And whosoever of those who belonged to their band should reveal unto the world of their wickedness and their abominations, should be tried, not according to the laws of their country, but according to the laws of their wickedness, which had been given by Gadianton and Kishkumen. Now behold, it is these secret oaths and covenants which Alma commanded his son should not go forth unto the world, lest should be the means should be the means of bringing down the people unto destruction.  Now behold, those secret oaths and covenants did not come forth unto Gadianton from the records which were delivered unto Helaman; but behold they were put into the heart  of Gadianton by that same being who did entice our first parents to partake of the forbidden fruit-- Yea, that same being who did plot with Cain, that if he would murder his brother Abel it should not be known unto the world. And he did plot with Cain and his followers from that time forth. And also it is that same being who put it into the hearts of the people to build a tower sufficiently high that they might get to heaven. And it was that same being who led on the people who came from that tower into this land; who spread the works of darkness and abominations over all the all the face of the land, until he dragged the people down to an entire destruction, and to an everlasting hell. Yea, it is that same being who put it into the heart of Gadianton to still carry on the work of darkness, and of secret murder; and he has brought it forth from the beginning of man even down to this time. And behold, it is he who is the author of all sin. And behold, he doth carry on his works of darkness and secret murder, and doth hand down their plots, and their oaths, and their covenants, and their plans of awful wickedness, from generation to generation according as he can get hold upon the hearts of the children of men.
References (Helaman 2:2-4 & 6:18-30)
I did not mean for this to become a sermon, but I am (what I study) not a diplomat, military strategist, lawyer, nor a politician (therefore I typically equate things to spirituality; all things are spiritual unto me). The highest Governmental rank I held was as an E4 with a secret security clearance and my most notable assignment in this position/ranking was working on the Air Force one mission that flew Obama to Japan. So when I write I equate things to either technology, or scriptural things. I do know however, from study, that not most notable law &/or act(s) committed every time one of these sequences

03/30/26@
07:55:06 PM
Letter/Filing to Judge Diane J Humetewa on Case#2:18-cv-03291-DJH
Main body Document For Court: Page 12 of 12

is committed is fraud. Somehow fraud ties into almost every occurrence of any offense that is perpetrated.

03/31/26
12:25:26 AM
Letter/Filing to Judge Diane J Humetewa on Case#2:18-cv-03291-DJH
"Dream" Document For Court: Page 1 of 3

"OWASCHA"
What does this mean? Secret murder of my people. Secret murder of my people by the government. Secret murder of my people by unseen forces?

That was my vivid dream about an Indian/Native American man that appeared before me. I realized I already had many of these facts in my mind already. I considered him to be a Pima Indian, but I do not know for sure; it was just a dream after all.

It seemed he was pleading with me, watch out you will be next. I thought maybe he was saying, time to get drunk again today I'm going to be murdered like the rest of my people.

It was definitely a spiritual awakening dream which had taken place after I fell asleep on the porch (surrounded by red brick and protective coverings I had placed about me) in Salisbury North Carolina.

I couldn't even say the thousandth part of what I want to say, but my father did tell me stories of what he had seen in the desert. He said that in the morning that Native American men would wake up as the sun rose and pop up out of the brush and bushes saying something in Indian Language he couldn't make out. That came to my mind. Then I had considered something I had not considered before what if they are saying the word from my dream or a derivative thereof.
I supposed now that they were not drinking because they wanted to, perhaps they drank to minimize the pain they felt from being zapped. Imagine for a moment that it is the 1980's and you are a racist bureaucrat white man who is trying to find ways to balance the budget. What better way than to murder Native Americans (they are so primitive the white man thinks to himself) who get government money as a settlement (and since he also balances the defense budget he knows just the weapon). Microwave beam.
After thinking about it the explanation fits. Also what fits is THIS CASE: TO THE US SUPREME COURT From THE ELEVENTH CIRCUIT Case No. 18-10134, by Stan J. Caterbone, Pro Se (I believe is 18-6883 in the Supreme court). It fits because my brother and father also are dead by tactics used, it doesn't have to be the same to fit the tactics are adjusted to each scenario to each person but the theme is the same "that is key" to conduct secret murder. One fascinating aspect of Stanley Caterbone's supreme court document is that Director of Central Intelligence Agency, Robert M. Gates is declared (any relation to Bill Gates of Microsoft; okay, moving on. Then also this other event happens: The business of Advanced Media Group has been greatly compromised and intellectual property stolen during the late 1980's and early 1990's that included information technology contracts with the United States Government.
I think that they targeted the males of the families in native American tribes that posed the greatest threat and to reduce population and tried to kill them before they met a wife or had children. All you have to look for is conspiracy

03/31/26
12:25:26 AM
Letter/Filing to Judge Diane J Humetewa on Case#2:18-cv-03291-DJH
"Dream" Document For Court: Page 2 of 3

and cover-up; ultimately though & MONEY! Now let's look at the largest red column in US history, that came around the corner (the baby boomers); and what came just in time to save everybody (including social security); you guessed it, COVID-19 (and the other thing that same along 5G upgraded cell towers to really make sure the elderly get their lungs zapped). You see that I have no confidence in humanity at all.

Cause that is now that I have gone through it I know it to be true, that such things are possible and people are more than willing to do them.

In closing on this document I wanted to include a portion of my lineage, my mother's great grandmother is Native American from a tribe in Washington state. This is all that I know of this, but it would pose a theoretical question, that is: If Owascha in my dream is not a Pima word, then is it from my ancestors and their tribe? Even if so, could it be unrecorded slang of a subculture within Indian circles? I am afraid I may never get the exact answer to the word and dream that saved my life and warned me of danger.

In another time, this is going back to 1997-1998 after I made me version of Starcraft and it was stolen and my father knew because he saw what I made and that Blizzard released the game. I had a dream the night before, the night before my father came to me and told me, and asked me something. First I will describe my dream.

In my dream my family had been killed there was blood all over the inside of our home, we were all violently murdered and the killing was made to appear as a gang related violence (remember this was back in 1996-1997 era and so violent crimes of this nature were not uncommon and the particulars of how this possible future was to be done is unimportant). In essence I saw my entire family slaughtered trying desperately, but failing.

My father had then said to me the next day, "that he would do everything in his power to contact lawyers" and so forth to see that my stolen idea was paid for. And so he asked me, "Son do you want me to do this for you?" I replied (to the effect of), "No dad its okay we can let this one go." He must have known what might happen (spiritual insight) because he said, "that's my boy."

After witnessing this harsh reality (I was approximately 12 years old) I knew that if I was to protect anything in life even my ideas that I would need to learn to physically protect myself and those I love.

I knew I would need military training and attended Project Challenge (as a part of another matter but still on this same path and notion that I elected to pursue; the thought in my mind of this goal-setting) later at the age of 15 (and had to get a special waiver from a judge to attend before the age of 16). When I got there I realized also that the conditions for this were getting a GED, some of these young people were smart, but not brilliant so I knew (I would be giving up something I treasured for a short-cut) that this would handicap my education and was not for me.

I do not mention all my dreams I have had which are not consequences of anxiety or fear, but have been humbling. I have had other dreams (one when I was in the Army in 2008) one of nuclear war amongst ourselves (which derived from a decision I needed to make concerning applying for Green to Gold program to attend West Point; which Staff Sargent Hollis presented to

03/31/26
12:25:26 AM
Letter/Filing to Judge Diane J Humetewa on Case#2:18-cv-03291-DJH
"Dream" Document For Court: Page 3 of 3

me in his office at Fort Gordon Georgia) careful to see what the considerations were I prayed about it and attended the Temple (taking some off post time and renting a car to do so). My answer was not to attended West Point (and my dream showed my as a General later on in life ordered to launch nukes at targets in our own country. I do not know if my dreams influence the future or if truly I am needed elsewhere and that the ramification of me not being less than what I could have been is exactly what I needed to be. Perhaps my shortcomings and failings seen by others and my ability to overcome them and still be holy even when others see worldly perfection as a sign of Godly perfection. In any case I know that at each point (even to be offered a position of prestige [to even then turn down; for spiritual reasons] meant that I must have gather attention to myself of someone or some group of someones. Influencing these shadows that are observing me has been an effort on my part to be precise not to say or do something that might turn the balance or effect something that will cause a calamity among us: (to quote from [Peter Parker's surrogate-father Ben] Spider Man) "with great power comes great responsibility". My dreams have been very powerful, emotionally draining enough to knock me down, but I get up and I pray for God to consecrate my performance each day. I have thought that maybe if I keep the evil so busy attacking me (because I refuse their offers to join them) that it keeps them busy, occupied, from pursuing these greater evils that lead to Armageddon. In the act of observing you change the outcome: so in doing (for example, declining an invitation to apply for West Point) this scientific principle the shadow-figures were even more curious about me.

This is why I have another prevailing theory that they do not want me to murder but to study, like Stan J. Caterbone, I too have had many so called spurious charges placed against me; in an attempt to have me institutionalized (so that the evil ones may gain access to me and do as they please, and I would have no advocate who would believe me if they finalize their characterization of me to influence that my concoctions were simply delusions of fantasy. I found evidences such as water displacement, radiation readings in rooms that have entrapped air and have been repeatedly bombarded, and loss of feeling in my leg if I stay exposed for too long (which isn't per-say evidence I can show/demonstrate). I have a natural mistrust of medical professionals because of past experiences of botched surgeries, malpractice (over simple things), voicemail messages where a misdiagnosis was made on something simple like reading an x-ray; essentially every interaction I have had there was a misstep present guised to me as just a common incident/accidental; however, I think there is a quid-pro-quo and they were intentional. Meant to do harm as opposed to do no harm; but enough in the realm of satisfaction to where it can be dismissed as not all out malpractice nor malice (it was just a mistake is always the answer, repeated habitual mistakes). Such as, ripping my Urethra open by using the wrong size catheter, for example.

I have had dreams of what they truly had done to me during these surgeries that reveal their thoughts feelings and intent; and I must say, though as empirical as evidence comes, I believe my dreams and think them to be correct assertions.

04/01/26
12:00:26 PM
Letter/Filing to Judge Diane J Humetewa on Case#2:18-cv-03291-DJH
"Enacting Curses" Document For Court: Page 1 of 4

First I must start with the "why?" or rather have you not considered that:
Did you get all the Nazi agents from history the answer is no: existent to the
possibility and explanation of a few things. Double agents posing as Russian
agents, like wise Doubles under under False flag operation posing as Allied
agents; but all really Nazi agents meant to muddy the water and cause the
cold war. Ideologies then pitted against one another in order to give Nazi
agendas time to gain strength in the criminality of their new shadow-like
existence. It is important to note that not all the shadow government entities
are Nazi, just have ties (physically and spiritually and otherwise) to their
principalities. This provides basis of roots of where the expansion of this
shadow Gov't was given rise out of the ashes of the Luftwaffe, SS, and Nazi
experiments: all derived from the pillage from the war meant to rise and give
power once again. Every operation needs a central Headquarters it is
suspected the main Nazi sympathizers fled to South America & remained in
Japan (and nearby regions). Also there remained loyalists in America to the
Nazi party (caught up in the fervor). When a great force (even an evil one is
vanquished) it creates a vacuum where others are drawn to take its place.
Balance trying to restore itself once again thee is opposition in all things good
for evil, darkness for light. We are told that (in the book of revelations) Satan
will be able to take on the form of Christ, but the only form he shall not take is
the dove (pure sanctification). Think of the form of Christ as a spokesperson
who is ornate and charismatic (akin to how Hitler was among his people of the
time), but in reality the teachings are not sanctified (they do not make you feel
good truly whole looking back on what you have done).

in synopsis of this first article is: We were so busy fighting against each other
we did not have the rationale nor the time to consider; we were pitted against
each other.

It is said that the wicked shall curse themselves; therefore, I am merely
enacting it so others will know that they are the reason.
Not all the curses are mentioned herein but I have included the writings on
paper I had made between 3/26/26 and 3/28/26 (more or less verbatim; there
are misspellings I corrected, unlike my other document of my letter to the
church which I did not correct misspellings intentionally to preserve my only
handwritten draft which I had photos of) I have had time to transcribe:
Prelude Paper:
I do not feel to include the curses in the court document because then the
court would feel that I am cursing them. I understand it to be the nature of a
court to be bound by the law; and as such, it cannot be a failing on the court if
our laws have not grown to protect by the grouse misuse of technology
rampant in our culture where cowards with keyboards sit back and attack,
thieve, conspire treason, and revel in squalor. Against my better judgment
though I feel it necessary/compelled to administer the admonishment that is
part of why I am here today (in writing, & in spirit). Also it is important to
note that in-fact I am not cursing anyone; nonetheless, I am enacting the
curse. I followed all the procedures, I did everything to preserve my life save

04/01/26
12:00:26 PM
Letter/Filing to Judge Diane J Humetewa on Case#2:18-cv-03291-DJH
"Enacting Curses" Document For Court: Page 2 of 4

violence; therefore I feel I have no choice but to do what I am forced to do by everyone's universal apathy.

God willing I am the one that wrote and did all the things hoping it would not come to this, hoping that my refuge city in the desert would be okay by the rest of you all (the people of the United States and other countries that attack my personally and individually); because there is no way that you didn't think I would know? This is the secret that holds the stars apart, my heart is in your heart; brother to brother (or sister) yours in life and death; and so the curse is enacted, all of the curses that I can call are being "enacted". Even the ones I don't mention.

Think of it as someone not showing up for court (which in my case is everyone they want to do some sort of social justice thing that Microsoft twisted and contorted them all to do [well played Microsoft you have drones, but they are still drones; that is why you spy on what I do] your bidding) and so the judge enacts a warrant (technically a bench warrant) to get that person to appear. So, likewise I'm issuing an enacted pseudo-bench-warrant (spiritually created version) to compel you all to turn these people in or do something about it. Stop these evil doing people.

1st paper:
The final of the 3 curses, the curse of curses! Instead of just talking about cursing the bad behavior you should have done something about it; so instead of (I am absolved of this responsibility because I am motivating you all to do something right and wake up from the sleep of Death: Eternal Slumber) cursing your enemy: who should have been the ones committing secret murders, all your curses and those like yall fall on your heads. And Generationally your children shall inherit, what a pity.
SYNOPSIS: Curse of Children; following in parents footsteps, and parents doing the acts.
RATIONALE: Parents doing evil saying they do not care about committing a little, plunger, murder, mayhem, as long as it profits them and secures their future in the world, thinking (yes putting my mind in their shoes) they do not care about their salvation as long as their children benefit from it.
RESULT: So now the benefit and reward of it is removed. If it falls to your children to suffer for your deeds, for your financial security at the cost of what is right(sanctified).

2nd paper: (I had identified more than 3 since the last writing)
The fifth curse is that God said that the Son of Man hath descended below them all; but you are using Jets now to attack me and all manner of evil: which keeps ever so closing the gap to me descending below. So then must God curse you for this reason as well, so you cannot attempt to make God (or what is said of him) a liar. And for his face to be seen in wrath against for this (instead of the pure in heart seeing his face) would be in comparison to what you do to me like a little girl blowing pedals off a flower; to what he does as a category 5 hurricane. So I told you to fear God, you had taken my saying and twisted it to mean anything that did evil unto Adam(yes, it is third person

04/01/26
12:00:26 PM
Letter/Filing to Judge Diane J Humetewa on Case#2:18-cv-03291-DJH
"Enacting Curses" Document For Court: Page 3 of 4

speaking: and it is wrong but, oh well) for pointing it out; even out of all the deed ye have done as man unto me ye are but Children in comparison to what God will allow to be done unto you.
SYNOPSIS: Curse of Forsaking Christ; by crucifying (or the modern equivalency [a logical one not a physical one] thereof) me for calling you all to repentance.
RATIONALE: Like minded as Christ I in my love for you all wanted better (the Lord says if you do it unto one of these the least of my brethren [a servant he sends, even calling to repentance others] ye have done it unto me) and asked humanity to want better.
RESULT: So now the path of it is removed that I cannot descend any lower. I am(sanctified) from your evil effernal pit and have no part and the actions that follow are already in outer darkness where they cannot effect.


3rd paper: (culmination of 2 curses in-fact, had meant to write this paper)
*This isn't really a paper I wrote but knew it would be the curse of Elijah.
To turn the hearts of the children unto the fathers and the fathers unto the children lest the whole Earth be smitten with a curse. The cause for this is all the murders of my unborn children and the act that had taken place in Colorado when I tried to get my daughter Medical Insurance through my employer at the time Covenant Transportation. In short summation I desired to do what was right and turn my heart to my child and that morning before I drove I detected small evidences that perhaps my truck had been tampered with (the tires had an antifreeze/oily substance on them [in winter in Colorado; interstate 70, Eisenhower], but was unsure at the time; hindsight is 20/20 you see more clearly). Also they powers that be in Colorado pulled the plows from service just at the exact time I was to drive through, but then had them plowing again afterwards, after the accident. I have noticed several inducements made against me (where normal individuals would be inclined to do something on behalf of someone for good instead); this is just a small portion of all the plots and precarious craftiness I have encountered. Making normal events as they unfold to appear as simply coincidence (this is the law and the prophets) and where the Church of the Devil thrives.
The other aforementioned curse is that of my letter to president Trump in 2018, and because I mentioned this letter (the one to the president as an explanation of a conspiracy against me; because in my letter I call Trump an Anti-Christ). The court case (Sept. 2025) regarding debt collection done n a most cruel manner (involving hacking of computer systems and so forth) done against my wife Crystal was the pivotal turning point of UF/RF based attacks (what I call getting "zapped") perpetuated against me because I am the IT person who pieced it all together, so destroying my brain would benefit them(whomever they truly are). This enacted curse is derived from the Prophet Joseph Smith's teachings where he states that if a person goes to the judges, then the city, then the state, then the country, and still the wickedness against them persists then the entire nation is cursed by God.

04/01/26
12:00:26 PM
Letter/Filing to Judge Diane J Humetewa on Case#2:18-cv-03291-DJH
"Enacting Curses" Document For Court: Page 4 of 4

RESULT: This enacts the curse against the entire world (Elijah's prophetic curse) & the nation(s) mentioned in my letter to the president of the United States in 2018; and because the evils against me have perpetuated to the point of perfection (wherein in 2025 several attempts [and successful attacks] of wickedness were done to me and my wife) and have no remedy planned; it really is up to God now.

4th paper: There is an enacted curse for challenging the Lord's chosen (people or prophets, etc.), I will not go into the specifics, but it is there.

03/31/26
11:57:57 PM
Letter/Filing to Judge Diane J Humetewa on Case#2:18-cv-03291-DJH
"Gained Priesthood authority" Document For Court: Page 1 of 10

Precursor, explanatory, & guide.

Out of the books that are written shall the Earth be judged.
So I used words out of the Book of Mormon that is written, the words that I used are:
The address to the Church and sent my letter to them (picture of bike used to go to post office included on that day that it was sent)
(if you are going to judge then judge righteously; and so I did)

So in other words I grabbed the Scepter of power: to bind on Earth, and Heaven; to seal-it-up or open. Specifically for the binding in Heaven part of the power. Think of it as a timeshare if I retained it and it is not stolen since my hand did not wither. So I wrote this letter to the Church in anticipation of needing the binding power. Because the attacks will not stop against me. Specifically and recently on Nov 26th 2025 I had taken a flight through Baltimore Airport and passed an NSA office (not went into just passed) and my cell phone was hacked. Ironically the Facebook account that contains the original statement (and screenshot) from ~2017, "Windows Powers Hell". Meta (the owners of Facebook) would not release my account back to me even while using their process; and recommended I just "open a new account" while someone is now out there with my account defaming my character and posing as me! Again as of statement made in this letter, all efforts are now being made to cover up what I say.

I went to the court to contact the Judge (still on the case) because I had wanted to ask about my dream (seeing as how her name is Native American, and perhaps I was being presumptuous to think that her heritage is Pima) and the word used "Owascha" to see if it had any significance or meaning. I was told by the Clerk in my most recent visit to the court that I cannot simply walk in and ask a judge a question; so I have no answers, and no choice but to write something worthy of the court. Since Microsoft still steals not just my Intellectual property but also invades my privacy and I am finding more and more, is a criminal organization (like many businesses in the North American continent have had to do just to stay in business; there are always people conducting operations illegally against business owners and most capitulate to generating an equal force to counter). Below is the mailing I sent on 9/17/25:

Transcription of all hand written pages mailed:
PG 1.
Do Not put my pages
out of Order

It would be
bad for you to
Misunderstand
what I say by
your own hand

03/31/26
11:57:57 PM
Letter/Filing to Judge Diane J Humetewa on Case#2:18-cv-03291-DJH
"Gained Priesthood authority" Document For Court: Page 2 of 10

then claim it
has no merit for
it is out of
order.

PG 2.
Addressment of grievances by the Power of the Holy Ghost.
The Church of Jesus Christ
of Latter-Day Saints: Dear,
Brethren and keepers unto
Christ
it pains me that I must
tell but for all your evils of
being hypocrytical in worship; for,
ye have sought to worship the
Ai and things built with hands.
Yet ye occupy the space of
being the rock that shall roll forth
without hands (2Ne.: emphasis words:Fingers made).
Even after my father dies ye sought
to use the tools of deciet and
murderers (against the counsel of
Joseph Smith the Prophet); for,
there were spies of Lucifer about
the Land Working within the
Church for the Church of the
Devil and the towers of the
Lord of the vineyard (my Father
Cedric L. Curtis trained up in the
Lord to be a Guardsmen), but
What shall he see when ye cast
down his patriarchial blessing for

PG 3.
jealousy, that lucre that other
churches have: now ye have lost
your savor. But for now it
sufficeth me to say you breached
my family's computer systems from
when I was young till when I
was old; ye have no respect for
the widow (you had your agents
envoke insurance fraud on my mother
convincing her that the $1 million dollar
policy that was precharged on the 11th
month of each year for each time

03/31/26
11:57:57 PM
Letter/Filing to Judge Diane J Humetewa on Case#2:18-cv-03291-DJH
"Gained Priesthood authority" Document For Court: Page 3 of 10

it was renewed had gone unpaid
then within that window ye made
certain with the help of murderous
collectors of crypto currency). So
your high priests in the Church
assisted in the murder of my
brother, then my father; and how?
Your information gathering for the
murderers and delivering it to
them. You delighted in the grieving
of my mother and made her a widow
and killed the orphaned off-spring that
my father had taken in from my Mother.

PG 4.
9/17/25@ You sought to go on the
Dark Web in order to seek light
and clarity, but the information
ye sought was deceit given unto
you by the enemy; no comment
unto the peeping wizards. And
so I shall thrash you with the
spirit of my mough: Anyone who
alters this letter or wrests this
message is a denier of the
faith because the sign of the
dove protects me and will wither
as a dried reed all who transgress
the Book of Life. I am the one
who is without guile (as spoken in
the book of revelations with the mark
of my father on his head his holy
unction manifested by his patriarchial
blessing and my brother's to whom I
am to carry out as my priesthood
duties). Know that me, my father and
my brother all had dreams of my
daughter being abused "My Issac"
whom I had to sacrifice (as though she

PG 5.
          9/17/25

were dead to me: only by physical
separation) my sacrifice to ensure
her safety; for none would protect
her unless action would be taken

03/31/26
11:57:57 PM
Letter/Filing to Judge Diane J Humetewa on Case#2:18-cv-03291-DJH
"Gained Priesthood authority" Document For Court: Page 4 of 10

on behalf of a legitimate complaint.
And so that which a true son of
Kolob would do in order to
sacrifice his Liberty (being pursued)
and his family and friends murderered
(I will remind you of Rachael
Curtis: Matron to the prophet's
father's father); David Bills, my
father, my brother. Elders killed,
like in times of old; likened
unto Rachael's Grandson Joseph
Smith. And So you have enjoyed
the spirit of plenty for these
past 7 days (Cedric L[only]
Curtis): Thank him for your
mercy to the unmerciful! But
now it is overdue in spirit I
will make you the same deal I
made the other churches who have
done similarly to you. . .

PG 6.
you will fix my teeth; you will
stop spurning the widow (my mother)
and plucking the hairs on the beard
of Christ. And you will restore my
membership; nonetheless, how much
were you paid to deliver me up in
crypto currency? My father's sealing
and baptism stands. For the heart of
this child will be turned to his
father. Why would the honorable
ask of the base (who despitefully
use their servants) need mention
to ask for redemption from them?
They should have begged to have him
place his light of Christ on the hill
with their luster[CONSIDER]. For are we not
all Beggars unto God? Is not
chastity the purest and most precious
thing unto Christ and (if ye had
high priests on you tower like my
brother and father who recieved
vision; instead of whoring after
other gods) did sacrifice bring forth
the blessings of heaven unto all. And

03/31/26
11:57:57 PM
Letter/Filing to Judge Diane J Humetewa on Case#2:18-cv-03291-DJH
"Gained Priesthood authority" Document For Court: Page 5 of 10

PG 7.
    9/17/25

now all of the wives in all the
churches across the world who
pressed their husbands to attack my
Holy Ghost family Hear this;
none of your oblations, baptisms,
censors (of smoke; your prayers ascending
up) shall be; it will be as if they
were never born for performing the
ordinances because I hereby remove
all their names from the book of life
for causing the death of my wife's
unborn child and the sterilization of
her eggs after she had been
baptized unto the fold of your
congregation you all despitefully
used her as well. Don't think I do
not know what you did and your
part, for it was administered under
the olde oaths, no records,
no trace, but the Spirit of the
Cheribum who protect the way of
the tree of life they know and
his all-seeing searching eye with
a voice with the rushing of water say-

PG 8.
9/17/25

ye have sought evil in my
tabernacle: my name is eternal and
so is my punishment; you shed
innocent blood and the teachings
say ye shall not have forgiveness in
this life nor in the world to come;
and Adam (my faithful servant) has shed
no innocent blood (and your evil
congregation has denied him rights to
the higher priesthood when he had
taken the temple prep classes; no
abrupt end for the peeping wizards who
make decision with the Lord's Vote
being denied. For if ye would have
let Adam Curtis (whom at times
ye had never forgiven: even though

03/31/26
11:57:57 PM
Letter/Filing to Judge Diane J Humetewa on Case#2:18-cv-03291-DJH
"Gained Priesthood authority" Document For Court: Page 6 of 10

- and they know they denied what
the Holy Ghost had said and had a
stupor of though and still persisted
denying) into the synogages and temples
they would have been sanctified by
his Father's chaste temple marriage
for my Father when they were dating

PG. 9
9/17/25      told my mother that
I will not kiss you until we are
over the temple altar: and for
this show of sacred chastity the
sign of the Dove on our ordinances,
in jealousy ye murdered the
only man (by measures of spirit before
even conspiring to end his temporal
well being) who is pure enough to
See God face to face. The big
"L" (only; don't blame me it's on
his driver's license): according to
Pathways curriculum; which is
interesting yea you would use
my writtings and material, pass it off
as your own and then seek to
destroy me?! So is my father not
Lord (or big L, leader over
you; are ye not jealous of your
obeissance to him liken unto
Joseph in Egypt? I say unto you, yea!
It is written that he is Lord only
on his government ID. The Lord will
forgive him whom he will forgive:

PG 10.
9/17/25

of you, yea , lieth the
greater sin 'Oh that mote
in my eye; while you
destroy true Saints with
a beam borrowed by Microsoft!
Is that not the weapon you
use "the mighty sword of
truth you borrowed from
Satan"? The secret hypervisor
in Windows you use to peer

03/31/26
11:57:57 PM
Letter/Filing to Judge Diane J Humetewa on Case#2:18-cv-03291-DJH
"Gained Priesthood authority" Document For Court: Page 7 of 10

inside like a peeping Wizard
and deny the gifts and the fruits
of the spirit I have used to det-
ect all of your tracks as the
Lord has unfolded unto me (t
the right way: in its light choose
the right AND God blessed me
evermore). So Ephriam is confederate
with Syria (Turkey, India, China)
who came to the Aid of Microsoft
Which was about to be dismantled;
all prophesies are like history they
repeat, for we all live in one

PG 11.
        9/17/25
eternal now! People that
embody the typification of Christ
are crusified by Measures of everyday.
And the high priest (as in times of old)
crowd control the mob and allow
magistrates to was their hands. Is
not Microsoft the magistrate and
the Church the officers of it! I
wrote you my letter of divorcement
at the time of my excommunication
and so, the highest high priest in
the land died and you provided me
with no clemnancy in fact you
conspired with men of the munic-
ipalities of every city I have been;
whether it was you or your servants
it is all the same. Your actions
are concerning Eternal lives! Had
you not done evil and forgiven
me (but your treasure was on
the money that the church would
have lost when all would have
pulled funding at many linked org-
anizations across the church). I

PG 12.
did not need you the Lord
has blessed me. And when Y2K
happened back in 2000 the
same time as the Microsoft
Monopoly Turkey, India, and

03/31/26
11:57:57 PM
Letter/Filing to Judge Diane J Humetewa on Case#2:18-cv-03291-DJH
"Gained Priesthood authority" Document For Court: Page 8 of 10

China secretly backed Microsoft:
China provided government secrets,
India provided the man power of
a starving population to work and
train to save the massive prog-
raming needs of Microsoft! Turkey
provided the example needed to
trick the US government and
So Bill Gates (Turkey's Motive
still angry about the nuclear dis-
armemet agreement they were forced
into by the United States & UN) went
before them in his superior intellect
and pressed buttons on a keyboard
and in this secret meeting demon-
strated that "Windows Powers
Hell" (not Windows Powershell) he
was just playing a powerpoint present-
ation for them while they watched

PG 13.
on their satellites him making
countries dark at the press of a
button; however, again these were all
scripted, so while they assessed the
viability of his options he was
creating the Y2K into the firmware(India)
of the computer systems so that if
Federal government destroyed
Microsoft it would not be fixed.
The Federal government were
feds: They should have filed an
injunction at allowing Microsoft
to continue operations abroad and
forbid them from upgrading and soft-
ware. But they were flattered
and did not see Mr. Gates words
as a threat, but an opportunity!
So Microsoft is the shadow govern-
ment over all the countries of the
Earth. But I have a way to
wound the Dragon; if only those
that have the mark of the beast would
join my throng when I execute
to follow my lead. . .

PG 14.

03/31/26
11:57:57 PM
Letter/Filing to Judge Diane J Humetewa on Case#2:18-cv-03291-DJH
"Gained Priesthood authority" Document For Court: Page 9 of 10

9/17/25
From henceforth and until
I say otherwise the church
shall not feel the Holy Spirit
at it's meetings. All temple
ordinances performed by the
daughters of Zion will not
be accepted on the other side
because they do not wish to align
with murderous hearts; the records
themselves will become useful to
reperform the ordinances when
Christ comes again. Unfortunately
you have effected eternal lives
oncemore ( Joseph fielding Smith
would have let all the temples be
consumed if it had been the
Lord's will) and ye could not
even allow me my first wife
(according to the law of Moses) nor
my second wife (who would have
married in the temple if not for
your stumbling block; and the Children
sealed that would have been born)

PG 15.
9/17/25
having not just wounding their
hearts, but obliterating them. All
of your eternal lives are forfieted
and the daughters of Zion in
your congregations will scab, for
all churches: Moreover, only those
that annoint me that are worthy
shall feel a burning in the bosom:
the famine for the spirit has began.
God = governments of God, and
MAGOG: Microsoft, Apple, Google
(or Google of Geth)→ the goliath
in our time. Sion is born in me
I am the hearth bearer of the spirit
and I have sacrificed everything on
the Altar and am now the only pro-
tector to the way of the tree of
life: and my flaming's word (not
flaming sword) will beat you
with the rod of my mouth and

03/31/26
11:57:57 PM
Letter/Filing to Judge Diane J Humetewa on Case#2:18-cv-03291-DJH
"Gained Priesthood authority" Document For Court: Page 10 of 10

cause you to quake exceedingly with
fear. I am a representative of the
guardians of an altar; the Cherubi

PG. 16
        of the most excellent and
high God: and when you touch what
I have forbid your hand will wither.
This I promise, not swear, nor
foreswear: All those who fight
against the dove will surely die and
Sion will not decieve and there
is a God and a King in Israel.
And Know this the footstool will be
heaven in the fire for it is Christ's
and he can do with it as seemeth
him good. Any who destroy humanity
and are not the Lord will feel
the haunting of the Holy Ghost as
was done unto Pharoh they will
feel the impending horror if they
must be compelled to act and
are slothful servants: they will
receive absolutely no blessings in
Zion. This is my testimony and
you should hope you receive none
more from me; and I excuse
nothing but that Oh that ye had
repented. In the name of Jehovah!

To Office of the Presidency
Sunday, August 05, 2018

To the president of the united states of America: Donald Trump

Dear President,

First off thank you for your service to our country. Secondly I believe there are forces in the United States within the military that work against the pillars of the constitution. While I was in the military the corruption of it swayed many within the military to attack me a lone wolf-Mormon in the outlaws; (a military unit in Camp Roberts, CA) in the years 2008-2010. I serviced with the land crew that observed the presidential mission of the commander and chief's plane (Obama) when he went to Japan.

In my time as a satellite tech of the AN-USC-28 I applied for a job with the WHCA (White House Communications Agency); a unit sponsored event they said would give me a chance to work in a more prestigious job in the Army.

Shortly after being denied for that promotion the unit saw fit to "start paperwork" on me. I am sure it is because I am Mormon that I was denied and overlooked for the position and now being looked at for termination from military service.

In 2010 my sister was attacked after I went to the Personnel office at presidio of Monterey and requested my military bonus. I believe my unit intended to sign for my military bonus and steal it from me and I ruined their plans (it was $40,000); and I technically enlisted twice so it came out to $80,000 because of a clerical error and my unit was trying to keep all $80,000.

My unit sent personnel to Ft. Huchuka as liasons with a special mission for the phoenix police department swat team; to take out an alleged terrorist who was stealing government war effort money: my sister Susan Curtis. So the outlaws broke the law; thing is not the only instance they did so with Specialist Aaron Norris with a fake family plan they submitted after Tasha Norris' death.

They used that family plan to keep the children from talking to the Grand mother and testifying what they had seen. To give the children time to forget their mother's death. Staff Sargent Lee (female) did the falsified documents for the unit including: Spc. Thomas also female uncovered this conspiracy and was given a very lucrative deal from command for medical leave from Army, & me, Adam Curtis she told me to sign a form giving her authority to receive all medical information from my foot doctor; and didn't advise me of my legal HIPPA rights. She used my medical information to cause further injury to my body.

My sister Susan was shot off of the roof with a swat team beanbag system, look for it in inventory checked out that day. They sniped her off the roof so she would fall. My military unit had been trying to train for a week sniping that distance to earl and 59th & cheery lynn corner. The Military advisors who (were LDS) scouted the target knew that Susan Curtis walked to the roof in order to clear her mind and look over the neighborhood.

Please continue reading this because I have a purpose for this background information or a person can get lost easily. Continue on the next page.

They wanted my family to suffer secretly for being both Mormon and for having the money they felt did not rightfully belong to me. I disagree I earned that money because the Army was scum bags and they were not good enough for me a righteous anointed Elder in Israel to be among them while they betrayed their country by washing their hands of the evil they had performed. Only the wicked cast the righteous out from among them. As Abraham of old I had taken my tithes because I kept my oath and served the service I had agreed: I obeyed Honored and Sustained the law. It is the United States Armed Services that broke and breached the contract: my characterization of service was Honorable: and moreover; I conducted myself in that manner.

I returned several and every time to my family with Honor. It is a shame that the blue falcons I once called Brothers and sisters have done such evil to my family (a term to denote a betrayal from a fellow soldier). And also to signify more what I mean my own church the Church of Jesus Christ of Latter Day Saints has also betrayed me so now my Father and Brother are dead and they died only within the last year.

My father died by hand of the Country I served it seems. My brother Jared died by corrupt police officers and possibly church members as well; I have too many leads that point to an evil and deadly force within our nation that acts in unison in order to give unfair advantage and kill from many sides without detection.

It is in the government, it is in the cartel, it is in the police agencies abroad, inside all of our churches. Thieves Mr. President are what plagues us, they steal our very souls. And I for one am free to die as I choose so if I must be silenced then do so but hear that my voice will always echo and haunt you and whisper in your ear for all eternity as my blood cries up from the dust and those servants of mine who lick up the dust from my feet no longer have anyone to pursue (because I have been keeping them busy for a long time) then they shall pursue you, and your riches; and your familiy's riches possibly one day if our nation is not careful the corruption and malfeasant natures will tear us open for all to devour.

I do not know if you are a religious man Mr. President but I have had visions that have spared my life and assistance for things I can only describe as not of this world: spirit protection. I am grateful to be sworn to defend this constitution of America against all enemies foreign and domestic. We need some domestic protection badly Mr. President: We need a national amnesty day! I believe that for one time and one time only in the history of our nation we need to allow our citizens to confess things they need forgiven for and have our nation forgive them just for the sake of stopping corruption within our nation.

Give them a pardon: frankly we are not replacing Jesus all we want is to get our nation back on track: give them mercy for the sake of causing justice for all! I forgive all of their evil. All of it! But with that responsibility comes the Judge Jehovah. And if he doesn't forgive you he will call upon Elijah the prophet and he will come this time when the savior calls.

World War 2 was a tragedy and what's worse is we allowed Hitler to massacre all those Jews: which came about at a time when the Jews in America rejected on taking in their people and because the attitude of America was not to speak up for a group unless they had their own lobbyist we short

changed an entire culture. The biggest hate crime ever occurred the orthodox Jews sent the European Jews to their deaths knowing full well what Hitler was going to do. They wanted him to kill the other Jews they hated (they claimed were not real Jews), the biggest hate crime ever: by and by will be a group hating on those within the group but being excluded from the group. A hate-on-hate crime.

No occurrence constitutes a complete eradication of a genome: in my case this is occurring, some groups are killing my family; it is a silent methodical Wako Texas! Therefore I ask for 2 things: sovereignty my family treated separate on our lands we own, we are not mortgaging: we do own land. Also a proper domestic tranquility *(revise word use): which is a tall order and let me explain why.

In order to make everything right with my family (spiritually) some of the allegations against my family will require explanation and proper investigation, because our enemies have created falsified dossiers with falsified information that covers up the "exculpatory evidence" the government (state local, federal) have erased most of the evidence already undoubtedly because of OMB (explain liability management and what the government does,.).

My Stake President in California told me that my ancestors would not protect me; eluding to the fact that they would send evil my way. One of my ancestors is none other than supreme court justice Benjamin Curtis (related through Richard Curteese [not sure if I spelled it correctly] his name change and removed from the family for being a horse thief; because one of his family members in England would not let him use the horse and he needed it for an important reason and that family member knew it, entrapped him because he used it anyway and he was charged removed from the family and shipped to the colonies, America). Benjamin I feel a lot like he does and would dissent on principle alone even if the whole world's view was twisted and wrong.

My ancestors; all of them, for all time in heaven that came before me will surely defend me. The spirit of Elijah is with me and God repays, the worst thing I can do to this nation is forgive you, and I have done that. Notwithstanding my forgiveness there still needs to be Rico charges for the people that murdered my father, my brother, and attempted to murder my sister Susan. I will leave that up to you, and that is not all there is so much more: my family has had the pleasure of experiencing almost every level of corruption this nation in all its local state government and city government all the way up to the top levels: FBI, IRS, and even the DEA and the CDC.

There are Mexican Nationals in my state, Arizona, and they are positioned in places of power that influence our own economy, they control our nation with bribes: much like the corruption that was prevalent in France in the 1990s. Where anything can be bought and paid for. When I was in California while going to school I found there were evil men who wanted to run drugs and sex-trafficking within the police in the city of Bakersfield. I did my best to protect my daughter, God provided an unforeseeable way that my daughter and other young girls could be protected, I had to become Batman; in a sense I allowed them to think I was the bad guy so enough light was shed on the problem and a fix or remedy could be performed.

During my run in with the law enforcement in Bakersfield my church along with Baptist organizations sought to put me in jail, attack me and rob me. They successfully did all of them but

weren't counting that I would file a police report outlining all their evil, because the Lord allowed me to be observant. They denied my police report I had sent claiming the police are supposed to do the investigation. I found that filing a formal protest against a corrupt Police Department was impossible because the Police Department itself runs the Internal investigation for the first 2 times you firstly file and escalate the matter. So I thought I would go to the third and final step and skip step 1 and 2: this is after a phone call from the Chief of Police where-in he said that I need to "leave the investigating up to the police". The third and final step was to call the local field FBI office and ask them to investigate, they said they would not and that I need to follow the process: the process allows the police to get advance notice of their own corruption and by the time an outside agency (FBI) hears the complaint the police have patched the hole, deleted the evidence of the malfeasance, and smooth over any city officials that are needed to be bribed. Even the FBI helps cover up the evil I found. There is no proper venue to address your grievances anymore in America.

The hypocrisy of it all is that I do not think this letter will even make a difference but I am following my religion by doing so: the prophet Joseph Smith wrote that when addressing the evils of the world we must first go to him/her who hath offended thee (I called the Police I spoke with them even though their meth dealing cousins for officer Martinez at the Bakersfield Police the one that arrested me stole $12,000 worth of my possession shortly after the police arrested me). The next step is to contact the magistrate: in our day and age you can't just sue the police department you must ask the city for permission to sue the police department, they would not give their consent naturally. So I attempted a legal remedy. The next step contact the governor of the state I wrote the state of Utah's governor hoping my own people would be able to help and also because Paul Curtis is on the State Senate; I hoped that maybe the governor would recognize the namesake of one of his colleagues. Then Finally Contact the President of the United States, then after nothing is done: Leave it up to God.

The sadness of this is we should have addressed all of the concerns earlier, my family, when it all started in 1990. We have suffered evils and corruptions beyond normal suffering these 28 years. The problem is that the corruption outlives a normal person's life span and that it is almost imperceptible to see it all at first glance. Institutions last longer than man and have perpetuity because that state takes everything a man amasses when he died and doesn't release the corruption he writes but destroys his writings and makes certain that no family that goes against it has futurity.

In the book of Mormon there is an entity characterized as Kishkumen; one so fast and able to cover his crimes on Earth that no force besides the power of the Holy Ghost can detect his evil doings. Abraham Lincoln wrote: A house divided against itself shall not stand. I must confess the much evil doing in our nation had occurrence until now. I am going to apply for the right and privilege of changing my name because the US Government allowed my Personably Identifiable Information to go out on the open market by allowing data tapes (I said allowing because it was staged specifically to get my information)* The Marquez family and their Cartel wanted my information in Texas where the cartel was strong and the Marquez family influenced the political structures of your organizations to move my data from California to Texas where the Cartel presence was stronger in 2011-2013 wherein my information was bartered and not accidentally intercepted. The nation has picked a fight with David, my ancestral Patriarchial blessing is of the house and lineage of Ephriam. And like Abraham you wanted to

To Office of the Presidency                                                  Page **5** of **14**
Sunday, August 05, 2018

sacrifice me to your Pagan Gods of False Justice and pretended righteous Judges setup about the land; like Abraham I chose the right or the left @ 8:20AM on August 6, 2018 Arizona Time we received a call from LGBF called from 1-844-612-6287 yet another encroachment on my family asking about my dead father as I am typing this. We have all been abducted/absconded by Microsoft. They think to themselves so speedy was the flight of Kishkumen that no one will know. That leads into my next topic. I sent a letter to Microsoft 1 week ago.

    In addition to that letter and the traceable file name let me email you a digital copy of receipt of this letter if you wish to address the argument of authenticity, let me address the scale of identity theft is a problem and everyone knoweth that the Military solution of a CAC-Card works very well; no organization can ever spy on a citizen without violating the governmental equivalent of a persons identity. This letter could have 1,000 drafts but it still wouldn't matter every possibility carefully and meticulously considered for considerations sake. I am appreciative if the reading of this has commenced this far. I wish to make a perilous plea if I make speak boldly. For I did not allow Microsoft to steal my very soul.

    I only declare the truth nothing more so just ask Microsoft if they ever stole anything ever from the Cedrick L(only) Curtis and Adam Josiah Curtis Family. In conjunction with that ask Blizzard Entertainment if Microsoft ever pitched an Idea to Blizzard Entertainment for an Idea called "StarCraft". I am the only true inventor for the name and idea of StarCraft. I used a WarDraft editor program I downloaded off the internet: just check the web archive website to confirm this since any corporation will naturally pay money to delete things off the live internet.

    I used Photo Paint 8 to make the isometric Character tiles and tile-set terrain. I was between my ending 14th year of age and 15th year of age. Every time I served faithfully making and seeking after praiseworthy things in my life I was rent-in-twain and persecuted. Rend by and by the man who is humble; Microsoft started in humble beginnings with Bill Gates in his garage; if you look at my Curtis Ancestral home there is a garage where my father built his computer business in ode to Microsoft: and they corrupted under the declaration found therein the Word of Wisdom have sucked the marrow from our bones indeed stealing every idea me and my father had monitoring us for years.

    I forgave them then, my family and friends know that I did! I prayed for Microsoft not to be broken up only as a Monopoly because I knew it would ruin the nation and I love my nation under God. I can protect my country much better under God than anyone else. We are all one body of Christ in America; because forthwith the altar of Adam-Ondi-Ahman is coming. Wherein a righteous sacrifice will again be offered up unto the Lord.

    It is not just Microsoft, it is all Corporations. They all have agendas and don't mind having hidden plots against me for the sake of hiring me to do an elaborate scheme, I depolore that the Baptist church has been hired by a "Mormon Mafia" element within my church that has pervaded into every aspect of the lives of its people and spies upon them to ensure compliance: there is no <u>free-agency</u> in this. And uses its unholy alliance to wash its hands clean of the matter.

**Comment [WMC1]:** When I tried to print this word document it was annoyed by the pages being reversed even though the setting was not set the printer still inflicted it starting in reverse page 9 then 8, and 7, so on…, 1. When I finally noticed it and also realized for every stack of prints I must use 3 minutes of my time reshuffling them. It is tactics like this to hinder my progress I have noticed just by small means thy attempt to twart me if they can.

My brother and father were murdered (systematically, Might I add) systemically.  Religious Corporations particularly are even more evil than the worldly ones, for their followers are more devout to being given forgiveness from the Leadership, but rather not the Lord. They are taking spoils of the Lord God Almighty's compassion and none of their sacraments is undammed. It traces back to some root of evil and therefore if this adage that we: Obey, honor and sustain the law then any lawyer can tell you that if the root of the tree is poison then so is the fruit thereof.

And so the root of even my own Church has poison in its cankering veins. My Apostles, and Prophet have yet to fix the problems because the Perverse portion of the Government: Church of the devil is allowing the lies to spread. The Part of the Government you do not control Mr. President; that part that is seditious and corrupted all the fruit in California, not all but most of the State and local & yes even Federal Governments in California are corrupted. There is no righteous Judges in their courts, they turn their backs on the please of the fatherless and widows, they smite the humble and the poor; they destroy the righteous followers of Jesus Christ and put them in bondage. They: turn brother against brother create dominion unrighteously over their people and cause bloodshed for gain.

I have cause to come against all of you each one verily and forthwith because I do not fear you. I have seen the arm of the Lord made bear in my defense against mine enemies and I fear his power. I have seen what he has done to just some of my enemies, before I even had a chance to forgive them. I am a witness I will give one such case; but the shame of being punished by the Lord is for each person made to bear. To bear that chastisement and not harrow up others with that rock of offence.

Lionel Brown, one of the many Government Contractors for Raytheon and all government operations and missions on post he was in his heart getting ready to betray me the Holy Ghost warned me. And as soon as he thought to betray me his son was in a horrific automobile accident. And I knew that he knew why his son was in that accident. Because in his heart there was sin against the Holy Ghost: he had a desire to shed innocent blood. He repented, but it cost him. His son lived but he will never forget what the Lord can do. When you remove yourself from the Lord's protection you risk annihilation.

The Lord made me mighty consider that God thought that in my 2 years and 2 months of Service in the Army I kept my oath to serve my 6 years under contract because I learned all that you were going to teach me, because you weren't grooming me to be your warmaster; God gave you a chance to use a faithful servant who has talents. I was prepared to be there for you that's why God allowed me to enter military school with a court order at the age of 15 and then allowed me to gain a high school diploma and dual enroll in college while in high school, being the president of my skills usa chapter computer club, Future business leaders of America, culinary and banking & finance class.

The Lord had forgiven many talons of debt owed by you and you couldn't even treat one of these the least of your brethren with a modicum of respect. Here I shall tell pray thee of how I have not been respected under heaven and tell is all I can bear to do.

This is my catalogue of all the evil that has been performed:

To the government

To Office of the Presidency                                          Page **7** of **14**
Sunday, August 05, 2018

   Local:

      In the Province/City of Bakersfield: There were problems with the DMV Location in that city, see CA-DMV under State.

   State:


   Corrupt:

      So we need to forgive all our people of their evil within Democratic, Republican, and Zealots (Religious extremists). Because our Nation will soon be under Fire. We need to unite.

   Uncorrupt:

      First draft is for the interception of this document. Lying in wait is like wallowing in the mire. Because surely there are uncorrupt portions that consider themselves thusly, and so haven't I said all are corrupted.

To the Church

To the Corporations

To the Law Enforcement

To the Judicial Process

To our International Brothers & Sisters

In conclusion:

Because I have suffered these things and known the deficit exists for I have withheld nothing from God and told his Counsel in Heaven that I fear him and would repay every evil act upon any who would hurt the altar upon which he rests: because we are defenders of an altar that leads to Jesus Christ. And I have no more obligation to anyone under God for creating your evil by not confessing it there is no sin of omission on my part. And Jesus has commanded that I repay no evil save it be the direct defense of our lives but subversive and clandestine methods existed and therefore straight-forward defense is not possible. This doesn't just exist for my family's sake. Our whole nation shall perish.
Our lives being in peril; especially the righteous followers of Christ, for whom other than them would be in jeopardy; I ask that you either kill us yourself or allow the right to life & liberty. Give me liberty or give me death.

The binding arbitration clause in this is my magistrate. For when I went to them to address the wrong they denied and rend. I forgave them early on for the Lord Jesus Christ and now that I have forgiven 4 fold and some places 16 fold. So because our law limit everything statutorily from being brought up then

by arbitration I come before you to address the grievances. Saying I forgive all but you should you ignore our pleas; nonetheless, their cries I hear and they come up to me daily.

All of your congregations and all people everywhere have prayed in their hearts for forgiveness from the sins they commit in any religion and any faith everywhere we are all universal in this: it is written on our hearts and Every knee shall bow and every tongue shall confess that Jesus is the Christ. And God makes these committals of spirit known unto me by my priesthood from my patriarchal order and reveals your ancestors' confessions as soon as they die by the power of the Holy Ghost. And by that same power I am revealed that your women still living emit the intentions of their hearts a most sour odor before the Lord; they cause Men to commit sin, it is written on their hearts they cannot deny. The God of nature suffers for this Earth and the abominations that creepeth there-upon. Holding the world hostage with buttons and speaches (intentionally misspelled to sound like the situation is made light). **\*acted for clarity\***

The prim proper and politically correct nature of our beastly nation (the side that has the mark of beasts on their heads) is in efficacy ready to be enthralled and plundered by other nations. We have raped the statue of liberty into a perverse restoration of a former freedom symbol. We are not free as my brother Jared says, and he will backup everything I said and so will my Dad because in the mouth of 2 or three witnesses shall every work be established. And each of us, anointed Elders in Israel, will testify of what we have seen and omit (I cannot write nothing because I will even testify of that) not withholding unto God.

If you believe not my analysis of your faiths I see a common theme: Hindus believe in beings that devour man and feed on his flesh if they are wicked (the burning of righteous men that testify); even some believe in reincarnation because they all seem to fixate on one grand counsel in heaven for which somehow wisdom returns unto us from beyond our ability to quantify or even consider the grand scheme of our existentialism before God.

We don't know anything already a black hole could be on a path to our planet and nothing save the finger of or a being more powerful than God can destroy its opposition in our path: the entire counsel of heaven and its ancestors' are at your disposal to save the earth. We are taught to fear God for a reason so that all may see he withholds nothing from us. Our cup runneth over we are so blessed to live in America because Christ will rein personally upon the American continent it states. We need fear nothing but God. Nothing to fear but fear itself. No matter what happens we need to be united.

Our Nation has never been so divided at any other time throughout history than this time: even the Civil war period was more unified than this. Our nation has a sacred obligation to protect our citizens; not other interests come first. I didn't edit anything on this writing the whole time I kept it this way I did not redraft and change my mind I merely created separate drafts to hold milestones of creation of this large document.

I know in your hearts you are saying the Jews did not cause their turmoil for it was manifest unto them daily; but nonetheless, to Prove the Jews could do more than crucify Jesus Christ it was proven again they could wash their hands of it and they even instructed the Germans how to get rid of their brethren.

Because each and every Israelite knows God came for his people in Egypt because they were rend worse than Jesus crucified daily.

And Elijah did not come for the World War 2 Jews; nonetheless, he comes for his Latter Day Saints who are grafted in as Israelites; his noble and great ones. "And how beautiful upon the mountain are the feet of those [who] publisheth peace [(Like Dr. Martin Luther King, Jr.)] who say unto Zion thy God reineth." –Mormon Scriptures Quoted and interpreted

I am coming to you in peace saying I forgive all just come up unto the mountain of the Lord and serve thy God America, the God of Isaac, Abraham and Jacob. Many crazy people call and hound me like American Uprise: I do not answer the phone when I see such perverse names. Evildoers seek to mitigate my reputation and supplant me into some plot but nonetheless I endure it.

Microsoft even wants to insert 3 Pages of information into my writing right now and are working on a way to do so; therefore, I had to put absolute Page Numbers on top of my writings. A faulty printer tech report likely influenced the hardware to create a number of pages record against a print job record, but it malfunctioned and put out 3 pages blank and unprinted.

Now, the US Army is informing you that I was given Paranoia as a patsy story: but I went to claim that benefit and then was told it was a preexisting condition: even though the Army cleared me by all medical authorities to enter the service with no record of paranoia. So the two contradict themselves and resolve to only one possibility that they have an elaborate cover story with many twists but were unable to pay out money based on their altruistic nature.

Let sophistry be your guide you know it is all true. God said he shall condemn all nations by their own law.

I have condemned not withholding... I will be responsible for the war in heaven so Jesus can go free.

Adam Josiah Curtis soon to be Adam-Ondi-Ahman Josiah Curtis I will keep crying in the desert for our Lord to save us. If the followers of the Mormon Church are capable for premeditated murder then anyone is susceptible. The Latter Day Saint Church; I wrote an anthropology paper on them in 2014 because my professor an ex-Mormon her spirit asked me to write that paper. She wanted to believe again. All organizations on the whole earth should be considered to be Rico organization until proven otherwise.

For according to the law of LDS culture if a brother or sister as a part of the body of Christ does not warn his brother or sister than by their omission they are guilty of the offence in their heart. Jesus' Holy Law demands justice by their own condemnation of premeditated murder, as David killed so did they omit the knowledge of circumstances surrounding my father and my brother's death. It seemed so innocent David had faith in his General in battle, but pulled back his troops as they were winning. He thought to say they were winning I thought they didn't need us. The morale of the battle was changed when the true sin in the King David the commander's heart came forth. To kill one of your own anointed servants is a despicable thing.

**Comment [WMC2]:** Another blank page after this last print job came out of the printer. They want to say I printed an aside document for local state, etc. that I previously left unfilled at the moment. As I take a break naturally at this point from those. And the ever annoying fact that they Microshaft set my print command up for failure. Services blunder.Microsoft PowerShell. Do you see Powers Hell?

To Office of the Presidency                                    Page **10** of **14**
Sunday, August 05, 2018

I served my country as well and in order to be your servant I have sacrificed much. So when you finally turn a blind eye: deaf, dumb and blind know that the sin in your heart springs forth pure apathy: no natural affection; you tempt the Lord your God in wrath and I fear him because I Love him and know that I am targeted for having the love of God shone upon me. That is why I fear his Love; Therefore, I fear him Jehovah is mighty in battle.

You must repent all of you. It is better to prepare and prevent rather than repair and repent. FTR in the Army means failure to repair; I imagine in that way God is the same you do a few pushups you repair the breach and move on: or when the real battle happens and you cost lives in the upcoming battle you know that you failed period and no time to repair anything but your soul. Well enough about talking to me time to go into the next topic the souls of all the human race.

Do ye know the condescension of God? We must all live together as bothers and sisters. God will have futurity for certain, in failing that you will come under his rule: for God will decide the fate of all or he would cease to be God, for him to show you undoubtedly his power would be to make you lose control of your Governmental power and that is where your fear lies. Ye cursed and perverse generation, he can kill you with his glancing eye. You'd better fear him.

The deficiency of just one item would turn God's tide and the wrath. All these organizations I've been cataloging and their law breaking can be boiled into just 2 words: "the hearts of the children must be turned to their fathers or the whole earth will be smitten with a curse" the two words are "heart" and "curse". Your curse shall be the Spirit of the Lord will be felt in no heart; there will be a famine to feel spirit in all the land. Because you had taken for granted that spirit that lets us feel you are past feeling and now you will obtain no spirit until all of our ancestors are baptized.

I am talking about baptisms for the dead have to be performed: and lets just say with all the bureaucratic tape most people have trouble with allowing their relatives a chance at truth but I say they are screaming for your heads because they are trapped in hell and cannot enjoy heaven and this Earth will burst and all life inside will rent itself the suicide rate shall be high even for animals and nature herself.

Too many spirits trapped on Earth will cause a problem so Elijah has come to rend you all. So when you feel his spirit you will know for a surety. Jehovah is sending his mightiest to crush you all. All of the tribes of Israel cannot hold back all the lions of the Lord; for the wolves devour the sheep but the lion rents a wolf in twain. Trapped on Earth means that if you cannot listen to God he will just convert this world to receive his Paradisiacal Glory: he will convert you Government unto Christ and allow him to personally rein upon the Earth in order to allow the change necessary if you do not amass baptisms of the dead soon.

All of these things you are wondering where my information comes from, both prophesy and your actions. I like to mingle the Strategic and Tactical: if you believe in those two combinations then you are a tactician. Don't make the mistake of not at least considering how hard it would be to ask people on a census form Baptisms for dead just play it up that the Mormon church and the amicus curiae and the supreme court made deals and it could be done. The Supreme court requires arbitration: all cases not

heard or settled which are still deemed meritorious should go through at least an arbitration or even a mock trial for law students. Give students a chance to see things from a judges perspective. That would fix our legal system. Obviously both or all parties would have to agree to virtual reality mock trial so you can do that anywhere the mock trial unit just mails a virtual reality goggles to the persons and they all attend a 3-d environment simulated court room with faces being transmitted using the Foip tech of starcitizen; who stol that idea from me by the way. Every corporation you can think of spies on me: I make millions for my ideas: I wrote the ideas for FortNite in 2014. I didn't call it fortnite and I had my own zombie apocalypse website for my game and come to think of it the web traffic it generated attracted google and they made headway so shortly after my things were stolen.

If there was a way to defend against burglars who steal your cameras and probably had their faces covered anyway. While I was a disabled veteran college student getting robbed for my ideas. And the data contained on my NAS 6tb storage drives in a stripped raid that were stolen. That's why my ideas were not stolen till later by a real enterprise because the common thief doesn't know how to read raid drives.

For the whole nation has sinned and shed innocent blood by degrees my father was murdered by your new war on opioids crisis that was sensationalized in the media to get publicity it killed my father. By since it is an American policy and the Lord sees us as America one flesh and I am your servant (because I served honorably in the United States and you killed my father with your politics therefore you shed innocent blood of an Elder of Israel. My father needed those medications to keep his heart going I have read the abstracts and statistical studies and know that in increased pain the heart gets a 20% strain for just the pain; but the doctors knew that, and the CDC and the DEA; that it would kill my father but leave most Americans alive because they knew his medical ailments and that he was also battling his fungal infection and rheumatoid arthritis and the dentists did not prescribe him anti-biotics like they should have after his $5,000 dental operation was performed he died 1 week later; you all of you, Agencies and Doctors, and Dentists alike in American are hypocrites. You would slaughter the righteous for gain. No one, not one of them accepted any part in my father's treatment or death they are all bastards and not sons. Had they known that had they admitted fault I would have forgiven them. But now I know their true heart. On liability and money and fear of losing money they swear by their throats if they lose it.

America has sinned and robbed God: they give money to evil men claiming good works are being achieved; many charities are false and lack the pure love of Christ: are self serving and retain too much for themselves. In their tithes and offerings America has offended God greatly; wo wo wo, unto him who denieth a God of miracles see if he will not pour ye out a miracle now. We are commended to be like God, when we steal money from the intended poor we rob God, we deny miracles in the lives of those people; false pretended charities need to be abolished. Money used for evil curses the land.

Truth has not been worshipped, so because of this at you solemn assemblies his spirit will no longer be there. For we are commanded to worship in both spirit and truth. You worship only in spirit but never in truth. Why should God give us liars any spirit anymore; for he commanded liars shall be thrust down to hell. And look at Microsoft they have lied themselves to hell the devil has his chains dug so far into them.

**Comment [WMC3]:** Cannot put comments for top header of page numbers listed as 11 of 11 at time on this page but Microsoft is making screenshots and modifying as I print that it states 1 of 2 on the page on the header: I already captured this using obs studio video recordings of me making this document periodically to prove a person typed it and how, and when, and why. Microsoft wants to just delete this right now but I keep printing copies and I could just hand write it on those at each draft if I must; plus since they power hell they are so intrigued.

We supported that liar when we did not divide them asunder as a monopoly. They have gone underground and far beyond what we had imagined by now; they did not learn their lesson. Object lesson for object oriented programmer; they thought to work around the problem of power yet again. Time for another smack down. Antitrust laws have been violated take everyone down with them altogether before it is too late; unless they repent, and can prove it every second make them have a heart of contrition, actually break them up as a monopoly and allow them to appeal 8 years later to be reinstated if they prove a better track record.

We need to start giving these companies better punishments; ones that stimulate the economy rather than destroy it. Allow the owner of that broken up company to be a litigant in the 8 year track record proceeding and if they can prove that the company will run better under their leadership then they own it. Let the people decide by the economy. So a corporation that is divided into 17 parts could appeal for each part within 8 years; some company portions might form unique bonds of 3 parts, 5 parts, 6 parts, and 2 by 2. As long as the stagnant corporation that has massed power and money stops caring for the economy that is serves and gets more ambitious to throttle the market and institute its dominance the sword in the hand of the lord smites them down with a monopoly ruling. I prayed to God not to break Microsoft up as a monopoly but they are not the humble man in the garage anymore, they are wickedness and corruption.

I was your servant too Microsoft I developed and helped improve your software my whole life since quickmenu and windows 3.1 and MS dos 6.2; I used your products and helped my father develop them in tandem. You also are guilty of allowing your servant Cedrick L Curtis to die and Jared Keith Curtis. Microsoft was doubtless withholding information we know from watching CPSAN with them in court about data subpoena laws and withholding in foreign databanks.

God blesses me with things for my personal righteousness; as he does with all of us. When stolen blessings cause cries unto God ye rob him twice. Once for taking away the blessing he bestowed upon a chosen Son or Daughter of God and Twice he loses sleep over the cries he hears. So, ye rob his grace and his rest. There is no end to the wickedness in the land of America, what is going to happen when it gets to the point where our enemies can say America is Satan and be rightfully vindicated by what they say, I would never want America to get to that point.

There is an even greater threat than that even: if America falls then it puts in Jeopardy the entire plan of salvation… it will take an anti-Christ to get us back on track. A terror of the Lord! You had surpassed even that and I forgave you all even after my father had died. And still after I was fatherless and my mother a widow the enemies came out in even more abundance. Scripturally:

**Ex. 22:22** shall not afflict any widow or fatherless child; **Ps.** 68:5 father of the fatherless is God; **Ps. 146:9** he relieveth the fatherless and widow; **Isa.** 1:17 judge the fatherless; **Isa. 10:2** that they may rob the fatherless; **Hosea 14:3** in thee the fatherless findeth mercy; **Zech. 7:10** oppress not… the fatherless; **James 1:27** Pure religion… To visit the fatherless and widows; **D&C 123:9 (136:8)** an imperative duty that we owe… to the widows and fatherless.

To Office of the Presidency                                          Page **13** of **14**
Sunday, August 05, 2018

After all the evil my enemies have done the did so again 1,000 fold after 1,000 fold after my father had died. 1,000 times 1, 000 and the lord must avenge 1,000,000 fold it has never been done before. Usually the wicked kill the righteous before they must be avenged so great. I have read countless times this passage as I wrestled this last and final time with forgiveness and what it would take for the atonement to provide healing to all; we read:

D&C 98 1 Verily I say unto you my friends, fear not, let your hearts be comforted; yea, rejoice evermore, and in everything give thanks; 2 Waiting patiently on the Lord, for your prayers have entered into the ears of the Lord of Sabaoth, and are recorded with this seal and testament—the Lord hath sworn and decreed that they shall be granted. 3 Therefore, he giveth this promise unto you, with an immutable covenant that they shall be fulfilled; and all things wherewith you have been afflicted shall work together for your good, and to my name's glory, saith the Lord. 4 And now, verily I say unto you concerning the laws of the land, it is my will that my people should observe to do all things whatsoever I command them. 5 And that law of the land which is constitutional, supporting that principle of freedom in maintaining rights and privileges, belongs to all mankind, and is justifiable before me. 6 Therefore, I, the Lord, justify you, and your brethren of my church, in befriending that law which is the constitutional law of the land; 7 And as pertaining to law of man, whatsoever is more or less than this, cometh of evil. 8 I, the Lord God, make you free, therefore ye are free indeed; and the law also maketh you free. 9 Nevertheless, when the wicked rule the people mourn. 10 Wherefore, honest men and wise men should be sought for diligently, and good men and wise men ye should observe to uphold; otherwise whatsoever is less than these cometh of evil. 11 And I give unto you a commandment, that ye shall forsake all evil and cleave unto all good, that ye shall live by every word which proceedeth forth out of the mouth of God. 12 For he will give unto the faithful line upon line, precept upon precept; and I will try you and prove you herewith. 13 And whoso layeth down his life in my cause, for my name's sake, shall find it again, even life eternal. 14 Therefore, be not afraid of your enemies, for I have decreed in my heart, saith the Lord, that I will prove you in all things, whether you will abide in my covenant, even unto death, that you may be found worthy. 15 For if ye will not abide in my covenant ye are not worthy of me. 16 Therefore, renounce war and proclaim peace, and seek diligently to turn the hearts of the children to their fathers, and the hearts of the fathers to the children; 17 And again, the hearts of the Jews unto the prophets, and the prophets unto the Jews; lest I come and smite the whole earth with a curse, and all flesh be consumed before me. 18 Let not your hearts be troubled; for in my Father's house are many mansions, and I have prepared a place for you; and where my Father and I am, there ye shall be also. 19 Behold, I, the Lord, am not well pleased with many who are in the church at Kirtland; 20 For they do not forsake their sins, and their wicked ways, the pride of their hearts, and their covetousness, and all their detestable things, and observe the words of wisdom and eternal life which I have given unto them. 21 Verily I say unto you, that I, the Lord, will chasten them and will do whatsoever I list, if they do not repent and observe all things whatsoever I have said unto them. 22 And again I say unto you, if ye observe to do whatsoever I command you, I, the Lord, will turn away all wrath and indignation from you, and the gates of hell shall not prevail against you. 23 Now, I speak unto you concerning your families—if men will smite you, or your families, once, and ye bear it patiently and revile not against them, neither seek revenge, ye shall be rewarded; 24 But if ye bear it not patiently, it shall be accounted unto you as being meted out as a just measure unto you. 25 And again, if your enemy shall smite you

the second time, and you revile not against your enemy, and bear it patiently, your reward shall be an hundred-fold. **26** And again, if he shall smite you the third time, and ye bear it patiently, your reward shall be doubled unto you four-fold; **27** And these three testimonies shall stand against your enemy if he repent not, and shall not be blotted out. **28** And now, verily I say unto you, if that enemy shall escape my vengeance, that he be not brought into judgment before me, then ye shall see to it that ye warn him in my name, that he come no more upon you, neither upon your family, even your children's children unto the third and fourth generation. **29** And then, if he shall come upon you or your children, or your children's children unto the third and fourth generation, I have delivered thine enemy into thine hands; **30** And then if thou wilt spare him, thou shalt be rewarded for thy righteousness; and also thy children and thy children's children unto the third and fourth generation. **31** Nevertheless, thine enemy is in thine hands; and if thou rewardest him according to his works thou art justified; if he has sought thy life, and thy life is endangered by him, thine enemy is in thine hands and thou art justified. **32** Behold, this is the law I gave unto my servant Nephi, and thy fathers, Joseph, and Jacob, and Isaac, and Abraham, and all mine ancient prophets and apostles. **33** And again, this is the law that I gave unto mine ancients, that they should not go out unto battle against any nation, kindred, tongue, or people, save I, the Lord, commanded them. **34** And if any nation, tongue, or people should proclaim war against them, they should first lift a standard of peace unto that people, nation, or tongue; **35** And if that people did not accept the offering of peace, neither the second nor the third time, they should bring these testimonies before the Lord; **36** Then I, the Lord, would give unto them a commandment, and justify them in going out to battle against that nation, tongue, or people. **37** And I, the Lord, would fight their battles, and their children's battles, and their children's children's, until they had avenged themselves on all their enemies, to the third and fourth generation. **38** Behold, this is an ensample unto all people, saith the Lord your God, for justification before me. **39** And again, verily I say unto you, if after thine enemy has come upon thee the first time, he repent and come unto thee praying thy forgiveness, thou shalt forgive him, and shalt hold it no more as a testimony against thine enemy—**40** And so on unto the second and third time; and as oft as thine enemy repenteth of the trespass wherewith he has trespassed against thee, thou shalt forgive him, until seventy times seven. **41** And if he trespass against thee and repent not the first time, nevertheless thou shalt forgive him. **42** And if he trespass against thee the second time, and repent not, nevertheless thou shalt forgive him. **43** And if he trespass against thee the third time, and repent not, thou shalt also forgive him. **44** But if he trespass against thee the fourth time thou shalt not forgive him, but shalt bring these testimonies before the Lord; and they shall not be blotted out until he repent and reward thee four-fold in all things wherewith he has trespassed against thee. **45** And if he do this, thou shalt forgive him with all thine heart; and if he do not this, I, the Lord, will avenge thee of thine enemy an hundred-fold; **46** And upon his children, and upon his children's children of all them that hate me, unto the third and fourth generation. **47** But if the children shall repent, or the children's children, and turn to the Lord their God, with all their hearts and with all their might, mind, and strength, and restore four-fold for all their trespasses wherewith they have trespassed, or wherewith their fathers have trespassed, or their fathers' fathers, then thine indignation shall be turned away; **48** And vengeance shall no more come upon them, saith the Lord thy God, and their trespasses shall never be brought any more as a testimony before the Lord against them. Amen.